1   J. Andrew Coombs (SBN 123881)
    andy@coombspc.com
2   Alexandra E. Ciganer (SBN 241880)
    alexa@coombspc.com
3   J. Andrew Coombs, A P.C.
    450 N. Brand Blvd, Suite 600
4   Glendale, California 91203-2349
    Telephone: (818) 291-6444
5   Facsimile: (818) 291-6446

6   Michael W.O. Holihan, Esq.
    Michael W.O. Holihan, P.A.
7   1101 N. Lake Destiny Drive, # 350
    Maitland, Florida 32751
8   Telephone: (407) 660-8575
    Facsimile: (407) 550-0510

9

    Attorneys for Plaintiffs Disney
10  Enterprises, Inc., Sanrio, Inc., DC Comics,
    Hanna-Barbera Productions, Inc. and
11  Warner Bros. Entertainment Inc.

12

    FILED

    MAY 2 5 2007

    RICHARD W. WIEKING
    CLERK, U.S. DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA

    E-filing

    EDL

13                  UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15  Disney Enterprises, Inc., Sanrio, Inc., DC   )   Case No.    C 07 2771
    Comics, Hanna-Barbera Productions, Inc. and  )
16  Warner Bros. Entertainment Inc.,             )   COMPLAINT FOR TRADEMARK
                                                 )   INFRINGEMENT; COPYRIGHT
17                 Plaintiffs,                    )   INFRINGEMENT; TRADEMARK
                                                 )   DILUTION AND UNFAIR
18         v.                                     )   COMPETITION
                                                 )
19  Bouncin Bins, Inc., Tom Mahaney and Does 1-  )   DEMAND FOR A JURY TRIAL
    10, inclusive,                               )
20                                               )
                   Defendants.                    )
21  _____)

22      Plaintiffs DISNEY ENTERPRISES, INC. ("Disney"), SANRIO, INC. ("Sanrio"), DC

23  COMICS ("DC Comics"), HANNA-BARBERA PRODUCTIONS, INC. ("Hanna-Barbera") and

24  WARNER BROS. ENTERTAINMENT INC. ("Warner Bros.") (collectively referred to herein as

25  "Plaintiffs"), for their Complaint allege as follows:

26  / / /

27  / / /

28  / / /

    Disney, et al. v. Bouncin Bins: Complaint          - 1 -

### ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF

#### A.    Jurisdiction and Venue

1.    The claims for trademark infringement, unfair competition and trademark dilution under the Lanham Trademark Act, as amended, 15 U.S.C., §§ 1051 *et seq.*, allege the unauthorized use in interstate commerce of famous and distinctive marks, false designations of origin and trademark dilution. The Court has jurisdiction over the subject matter of these claims pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338. The cause of action for copyright infringement arises pursuant to 17 U.S.C. §§ 101, *et seq.* The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. §§ 1331 and 1338(a). The remaining causes of action for unfair competition and trademark dilution under California state law arise under the laws of the State of California. The Court has supplemental jurisdiction over these substantial and related claims pursuant to 28 U.S.C. §§ 1338 (b) and 1367.

2.    Venue in the Northern District of California is proper pursuant to 28 U.S.C. §§ 1391(b), 1392 and 1400(a).

#### B.    Introduction

3.    This case concerns the willful and systematic theft of world-famous intellectual properties owned by Plaintiffs. Defendants operate a wholesale distribution business in the city of Oakdale, California, in the Northern District, through which they engage in the manufacture, promotion, distribution, rental and sale of counterfeit and piratical merchandise, including, but not limited to, inflatable "bounces," "moonwalks" and "bounces houses," which incorporate unauthorized likenesses of animated characters owned by Plaintiffs, including, but not necessarily limited to, Batman, Superman, Hello Kitty, Scooby Doo and Shaggy (appearing in *Scooby Doo, Where Are You?*), Mickey Mouse, Cinderella, Bob Parr, Helen Parr and Dash (from the motion picture *The Incredibles*), Stitch (from the motion picture *Lilo and Stitch*) and various characters from the motion picture *Toy Story* (the "Counterfeit Product"), on a national and international basis. Merchandise manufactured, offered, rented and sold by Defendants from their wholesale operation in the Northern District consists of inflatable products expressly tailored to appeal to the same markets and consumers as licensed merchandise authorized by Plaintiffs.

#### C.    Plaintiff Disney

4.    Disney is a corporation duly organized and existing under the laws of the State of Delaware, having its principal place of business in Burbank, California.

5.    Disney or one of its affiliated companies is engaged in a variety of businesses including, without limitation, the operation of the Walt Disney World resort complex and the Disneyland resort, producing and distributing motion pictures and television programs, operating stores and hotels, publishing and selling books, computer software, records and tapes, and providing entertainment services.

6.    A significant aspect of Disney's business is the merchandising and licensing of distinctive elements associated with its motion picture and television programs. The distinctive elements licensed and/or merchandised by Disney include, but are not limited to, the world-famous fanciful characters featured in numerous animated short films and feature length motion pictures produced over a period of more than seventy years, including, but not limited to Mickey Mouse, Cinderella, Bob Parr, Helen Parr and Dash (from the motion picture *The Incredibles*), Stitch (from the motion picture *Lilo and Stitch*) and various characters from the motion picture *Toy Story*, among many others (hereinafter individually and collectively referred to as the "Disney Characters").

7.    The revenue from products sold in the United States which use the Disney Characters is substantial. The appearance and other features of the Disney Characters are inherently distinctive and serve to identify Disney and its licensees as the source of products bearing the Disney Characters. The design, configuration and distinctive features of the Disney Characters and other Disney copyrighted works, and of works related thereto (hereinafter individually and collectively referred to as "Disney's Copyrighted Designs") are wholly original with Disney and, as fixed in various tangible media, including merchandise, are copyrightable subject matter under the United States Copyright Act, 17 U.S.C., Sections 101 *et seq*. Disney is the owner of the Disney Copyrighted Designs and, as featured on in connection with various merchandise, constitute copyrightable subject matter under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq*.

8.    Disney, and its predecessors in interest, including Walter E. Disney, have complied in all respects with the laws governing copyright and have secured the exclusive rights and privileges in and to the copyrights to the Disney Copyrighted Designs, and Disney owns one or more certificates of registration for works in which each of the Disney Copyrighted Designs appear. A representative list of copyright registrations for Disney's Copyrighted Designs is attached hereto as Exhibit A.

9.    Products featuring the Disney Copyrighted Designs which are manufactured, sold and distributed by Disney or under its authority have been manufactured, sold and distributed in conformity with the provisions of the copyright laws. Disney and those acting under its authority

Disney, et al. v. Bouncin Bins: Complaint                - 3 -

have complied with their obligations under the copyright laws and Disney, in its own right or as successor-in-interest, has at all times been and still is the sole proprietor or otherwise authorized to enforce all right, title and interest in and to the copyrights in each of Disney's Copyrighted Designs.

10.    Disney is the owner of world famous registered marks which serve to distinguish Disney products. Some of those trademarks have been used continuously for over seventy years. Each year Disney spends millions of dollars to develop and maintain the considerable goodwill it enjoys in its trademarks and in its reputation for high quality. A list of trademark registrations for the Disney Characters in International Classes 28 and 41 is attached as Exhibit B (collectively "Disney's Trademarks").

11.    Disney's Trademarks are all valid, extant and in full force and effect. Disney's Trademarks are all exclusively owned by Disney. Disney has continuously used each of Disney's Trademarks from the registration date, or earlier, until the present and at all times relevant to the claims alleged in this Complaint.

12.    As a result of advertising and sales, together with longstanding consumer acceptance, Disney's Trademarks identify Disney's products and authorized sales of these products. Disney's Trademarks have each acquired secondary meaning in the minds of consumers throughout the United States and the world. Disney's Characters, Copyrighted Designs and Trademarks are collectively referred to herein as "Disney's Properties."

**D.    Plaintiff Sanrio**

13.    Sanrio is a corporation, duly organized and existing under the laws of California, having its principal place of business in South San Francisco. Plaintiff Sanrio is and, at all relevant times, has been, the exclusive licensee of Sanrio Company, Ltd., a Japan corporation ("Sanrio Co."). Plaintiff Sanrio is a wholly-owned subsidiary of Sanrio Co.

14.    For more than forty years, Sanrio Co. has been engaged in the business of manufacturing, distributing and selling a wide range of products including, without limitation, character artwork created, developed and designed by Sanrio Co. for use by children and young adults. Certain of the characters and designs have achieved such global fame and popularity that Sanrio Co. has produced and distributed television programming for children based on the character artwork. One such television program is the animated television series entitled *Hello Kitty*.

15.    A significant source of revenue for Sanrio Co. is the merchandising and licensing of distinctive elements bearing character artwork, including Hello Kitty, Bad Badtz Maru, Chococat, KeroKeroKeroppi, Landy, Little Twin Stars, Monkichi, My Melody, Patty and Jimmy, Pekkle, Picke

Disney, et al. v. Bouncin Bins: Complaint                - 4 -

Bicke, Pochacco, Tuxedo Sam, Winkipinki and Zashikbuta (hereinafter individually and collectively referred to as the "Sanrio Co. Characters").

16.     The revenue from products using the Sanrio Co. Characters sold in the United States is substantial. The appearance and other features of the Sanrio Co. Characters are inherently distinctive and serve to identify Sanrio as the source of products bearing the Sanrio Co. Characters. The design, configuration and distinctive features of the Sanrio Co. Characters and other Sanrio Co. copyrighted works, and of works related thereto (hereinafter individually and collectively referred to as "Sanrio Co.'s Copyrighted Designs") are wholly original with Sanrio Co. and, as fixed in various tangible media, including, without limitation, merchandise, are copyrightable subject matter under the United States Copyright Act, 17 U.S.C., §§ 101 *et seq.* Sanrio Co. is the owner of Sanrio Co.'s Copyrighted Designs and, as featured on and in connection with various merchandise, these designs constitute copyrightable subject matter under the Copyright Act of 1976, 17 U.S.C. §§ 101, *et seq.*

17.     Sanrio Co. has complied in all respects with the laws governing copyright and has secured the exclusive rights and privileges in and to the copyrights to Sanrio Co.'s Copyrighted Designs, and Sanrio Co. owns one or more certificates of registration for works in which each of Sanrio Co.'s Copyrighted Designs appear. A representative list of copyright registrations for Sanrio Co.'s Copyrighted Designs is attached hereto as Exhibit C.

18.     Products featuring Sanrio Co.'s Copyrighted Designs manufactured, sold and distributed by Sanrio Co. or under its authority have been manufactured, sold and distributed in conformity with the provisions of the copyright laws. Sanrio Co. and those acting under its authority have complied with their obligations under the copyright laws and Sanrio Co. has at all times been and still is the sole proprietor or otherwise authorized to enforce all right, title and interest in and to the copyrights in each of Sanrio Co.'s Copyrighted Designs.

19.     Sanrio Co. owns all right, title and interest in and to and holds exclusive right to develop, manufacture, market and sell products bearing the trademarks, trade names, service marks, artwork, characters and other distinctive elements for and incorporating the Sanrio Co. Characters in the United States.

20.     Sanrio Co. is the owner of world famous registered marks which serve to distinguish Sanrio Co. products. Some of those trademarks have been used continuously for over twenty-five years. Each year, Sanrio Co. spends millions of dollars to develop and maintain the considerable good will it enjoys in its trademarks and in its reputation for high quality. A representative list of

trademark registrations for the Sanrio Co. Characters in International Classes 28 and 41 is attached hereto as Exhibit D (collectively the "Sanrio Co.'s Trademarks").

21.    Sanrio Co.'s Trademarks are all valid, extant and in full force and effect. Sanrio's Trademarks are all exclusively owned by Sanrio Co. Sanrio Co. has continuously used each of Sanrio Co.'s Trademarks from the registration date, or earlier, until the present and at all times relevant to the claims alleged in this Complaint. As a result of advertising and sales, together with longstanding consumer acceptance, Sanrio Co.'s Trademarks identify Sanrio Co.'s products and authorized sales of these products. Sanrio Co.'s Trademarks have each acquired secondary meaning in the minds of consumers throughout the United States and the world. Since issuance of the registrations, Sanrio Co. has given notice that the marks are registered pursuant to 15 U.S.C. § 1111 by displaying the registration symbol "®". Sanrio Co.'s Characters, Copyrighted Designs and Trademarks are collectively referred to herein as "Sanrio Co.'s Properties."

**E.    Plaintiff DC Comics**

22.    DC Comics is a New York General Partnership consisting of E.C. Publications Inc. and Warner Communications, Inc., having its principal place of business in New York, New York. DC Comics is engaged in the business of publishing comic magazines and is among the most well-known and successful publishers of comic magazines in the world.

23.    A significant aspect of DC Comics' business is the merchandising and licensing of distinctive trademarks and copyrights associated with its highly successful and well-known characters "Batman," "Superman," "Wonder Woman" and "The Flash" (hereinafter individually and collectively referred to as the "DC Comics Characters"). Of these, two of the most successful have been Batman and Superman.

24.    Batman first appeared at least as early as 1939 in an issue of "Detective Comics." Numerous related characters, including "Robin," "The Riddler," "Two Face," "Catwoman," "The Penguin" and "The Joker" as well as other popular characters associated with Batman were soon introduced to the public. (Batman and the related characters are hereinafter collectively referred to as the "Batman Characters"). Superman appeared at least as early as 1938. Numerous related characters, including "Clark Kent," "Lois Lane," and "Lex Luthor" as well as other popular characters associated with Superman were soon introduced to the public. (Superman and the related characters are hereinafter collectively referred to as the "Superman Characters").

25.    Since their introductions, the Batman and Superman Characters have been featured in many formats including movie serials, newspaper comic strips, radio shows, animated motion

Disney, et al. v. Bouncin Bins: Complaint                - 6 -

pictures, live action motion pictures and theatrical presentations, among others. These appearances have expanded the popularity of the Batman and Superman Characters beyond the comic book medium and market.

26.    The Batman Characters have also been featured in numerous theatrical motion pictures since their introduction. Such motion pictures include "Batman," "Batman Returns," "Batman Forever," and have resulted in domestic gross box office in the millions of dollars, not to mention additional revenues from syndication rights and home video distribution. "Batman" proved to be among the most successful licensing and merchandising ventures of all time, with gross retail sales of associated licensed merchandise exceeding $1,000,000,000.

27.    The Superman Characters have also appeared in numerous theatrical motion pictures since their introduction. The most recent motion picture featuring the Superman Characters, "Superman Returns," was released on June 28, 2006, and has generated over $167 million dollars in domestic box office receipts and over $77 million dollars in international box office receipts. The Superman Characters have also been featured in numerous other theatrical motion pictures, including a series of four motion pictures starring Christopher Reeve. Such motion pictures include "Superman," "Superman II," "Superman III," and "Superman IV The Quest for Peace"; and have collectively generated over $319 million dollars in domestic box office receipts and over $251 million dollars in international box office receipts.

28.    The revenue from products using the DC Comics Characters sold in the United States is substantial. The appearance and other features of the DC Comics Characters are inherently distinctive and serve to identify DC Comics and its licensees as the source of products bearing the DC Comics Characters. The design, configuration and distinctive features of the DC Comics Characters and other DC Comics' copyrighted works, and of works related thereto (hereinafter individually and collectively referred to as the "DC Comics' Copyrighted Designs") are wholly original with DC Comics and, as fixed in various tangible media, including, without limitation, merchandise, are copyrightable subject matter under the United States Copyright Act, 17 U.S.C., §§ 101, *et seq.* DC Comics is the owner of DC Comics' Copyrighted Designs and, as featured on in connection with various merchandise, these designs constitute copyrightable subject matter under the Copyright Act of 1976, 17 U.S.C. §§ 101, *et seq.*

29.    DC Comics has complied in all respects with the laws governing copyright and has secured the exclusive rights and privileges in and to the copyrights to the DC Comics' Copyrighted Designs, and DC Comics owns one or more certificates of registration for works in which each of

the DC Comics' Copyrighted Designs appear. A representative list of copyright registrations for the DC Comics' Copyrighted Designs is attached as Exhibit E.

30.    Products featuring the DC Comics' Copyrighted Designs manufactured, sold and distributed by DC Comics or under its authority have been manufactured, sold and distributed in conformity with the provisions of the copyright laws. DC Comics and those acting under its authority have complied with their obligations under the copyright laws and DC Comics has at all times been and still is the sole proprietor or otherwise authorized to enforce all right, title and interest in and to the copyrights in each of the DC Comics' Copyrighted Designs.

31.    DC Comics owns all right, title and interest in and to and holds exclusive right to develop, manufacture, market and sell product bearing the trademarks, trade names, service marks, artwork, characters and other distinctive elements for and incorporating the DC Comics Characters.

32.    DC Comics is the owner of world famous registered marks which serve to distinguish DC Comics' products. Each year DC Comics spends millions of dollars to develop and maintain the considerable goodwill it enjoys in its trademarks and in its reputation for high quality. A representative list of trademark registrations for the DC Comics Characters in International Classes 28 and 41 is attached as Exhibit F (collectively the "DC Comics' Trademarks").

33.    The DC Comics' Trademarks are all valid, extant and in full force and effect. The DC Comics' Trademarks are all exclusively owned by DC Comics. DC Comics has continuously used each of the DC Comics' Trademarks from the registration date, or earlier, until the present and at all times relevant to the claims alleged in this Complaint.

34.    DC Comics has granted and transferred to its affiliated companies, Warner Bros. Consumer Products, Warner Bros. Home Video and Warner Bros. Pictures, divisions of Warner Bros., the right to supervise in the United States the merchandising and licensing of the copyrighted elements, trademarks, trade names and service marks incorporated in or associated with the DC Comics Characters. Currently, DC Comics and Warner Bros. have over twelve hundred (1200) active license agreements in the United States. These agreements provide for the authorized use of the DC Comics Characters on products and in connection with services, including toys and games, candy and food products, records, tapes and CD's, jewelry, watches, furniture, stationary, toiletries, t-shirts and numerous items of children's and adult apparel, among others.

35.    As a result of advertising and sales, together with longstanding consumer acceptance, the DC Comics' Trademarks identify DC Comics' products and authorized sales of these products. The DC Comics' Trademarks have each acquired secondary meaning in the minds of consumers

throughout the United States and the world. The DC Comics' Copyrighted Designs and the DC Comics' Trademarks are collectively referred to herein as the "DC Comics' Properties."

**F.    Plaintiff Hanna-Barbera**

36.    Hanna–Barbera Productions, Inc. ("Hanna-Barbera") is a corporation, duly organized and existing under the laws of Delaware and having its principal place of business at Los Angeles, California.

37.    Hanna-Barbera is engaged in the business of creating, developing and producing animated programs for television, home video and theatrical release. One television program created and produced by Hanna-Barbera is the show *Scooby-Doo, Where Are You? Scooby-Doo, Where Are You?* holds the record for the longest running, continuously produced children's cartoon, having first been created in 1969. In 2001, Warner Bros. distributed a feature-length motion picture entitled *Scooby-Doo: The Movie. Scooby-Doo: The Movie* grossed more than One Hundred and Fifty Million Dollars ($150,000,000) at the domestic box office alone. Additional sales have been generated from the international box office, from release of the motion picture in home viewing formats, including VHS and DVD and by licensing various television rights.

38.    A significant source of revenue for Hanna-Barbera's business is the merchandising and licensing of distinctive elements associated with its television programs, *Scooby-Doo, Where Are You?* (including Scooby-Doo, Shaggy, Fred, Velma, Daphne and Mystery Machine), *The Flintstones* (including Fred, Wilma, Pebbles, Bamm-Bamm, Dino, Betty and Barney ), *The Jetsons* (including George, Jane, Elroy, Judy, Astro and Rosie), *Yogi Bear* (including Yogi Bear, BooBoo, Cindy Bear and Ranger Smith), *Quick Draw McGraw* (including Quick Draw McGraw and Baba Looey), *Dastardly & Muttley* (including Dick Dastardly, Muttley and Mean Machine), *Top Cat* (including Top Cat, Fancy Fancy, Spook, Brain, Benny the Ball, Officer Dibble and Choo Choo), *Wacky Races* (including Penelope Pitstop, Peter Perfect, Private Meekly, Sgt. Blast, Professor Pat. Pending, and Red Max) and *Space Ghost* (including Space Ghost, Moltar, Zorak and Brak) (hereinafter individually and collectively referred to as the "Hanna-Barbera Characters").

39.    The revenue from products using the Hanna-Barbera Characters sold in the United States is substantial. The appearance and other features of the Hanna-Barbera Characters are inherently distinctive and serve to identify Hanna-Barbera as the source of products bearing the Hanna-Barbera Characters. The design, configuration and distinctive features of the Hanna-Barbera Characters and other Hanna-Barbera copyrighted works, and of works related thereto (hereinafter individually and collectively referred to as the "Hanna-Barbera Copyrighted Designs") are wholly

original with Hanna-Barbera and, as fixed in various tangible media, including, without limitation, merchandise, are copyrightable subject matter under the United States Copyright Act, 17 U.S.C., § 101 *et seq.* Hanna-Barbera is the owner of the Hanna-Barbera Copyrighted Designs and, as featured on in connection with various merchandise, these designs constitute copyrightable subject matter under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.*

40.    Hanna-Barbera has complied in all respects with the laws governing copyright and has secured the exclusive rights and privileges in and to the copyrights to the Hanna-Barbera Copyrighted Designs, and Hanna-Barbera owns one or more certificates of registration for works in which the Hanna-Barbera Copyrighted Designs appear. A representative list of copyright registrations for the Hanna-Barbera Copyrighted Designs is attached as Exhibit G.

41.    Products featuring the Hanna-Barbera Copyrighted Designs which are manufactured, sold and distributed by Hanna-Barbera or under its authority have been manufactured, sold and distributed in conformity with the provisions of the copyright laws. Hanna Barbera and those acting under its authority have complied with their obligations under the copyright laws and Hanna-Barbera has at all times been and still is the sole proprietor or otherwise authorized to enforce all right, title and interest in and to the copyrights in each of the Hanna-Barbera Copyrighted Designs.

42.    Hanna-Barbera, through its exclusive licensing agent, Warner Bros. Entertainment, Inc. Consumer Products Division, has authorized and licensed the manufacture, distribution and sale of various different types of product bearing the Hanna-Barbera Copyrighted Designs. These products include, but are not limited to, toys, games, costumes and apparel.

43.    Hanna-Barbera is the owner of world famous registered marks which serve to distinguish its products. Each year Hanna-Barbera spends millions of dollars to develop and maintain the considerable good will it enjoys in its trademarks and in its reputation for high quality. A representative list of trademark registrations for the Hanna-Barbera Characters in International Classes 28 and 41 is attached hereto as Exhibit H ("Hanna-Barbera's Trademarks").

44.    Hanna-Barbera's Trademarks are valid, extant and in full force and effect. Hanna-Barbera's Trademarks are exclusively owned by Hanna-Barbera. Hanna-Barbera has continuously used Hanna-Barbera's Trademarks from the registration date, or earlier, until the present and at all times relevant to the claims alleged in this Complaint.

45.    As a result of advertising and sales, together with longstanding consumer acceptance, Hanna-Barbera's Trademarks identify Hanna-Barbera's products and authorized sales of these products. Hanna-Barbera's Trademarks have acquired secondary meaning in the minds of

1   consumers throughout the United States and the world. Hanna-Barbera Copyrighted Designs and the

2   Hanna-Barbera Trademarks are collectively referred to herein as the Hanna-Barbera Properties.

3       46.    Hanna-Barbera has authorized and licensed the manufacture and sale of various

4   different types of product bearing Hanna-Barbera Properties. These products include, but are not

5   limited to toys, games and sporting goods.

**G.    Plaintiff Warner Bros.**

6       47.    Warner Bros. is a corporation duly organized and existing under the laws of the State

7   of Delaware, having its principal place of business in Burbank, California. Warner Bros., or one of

8   its wholly-owned subsidiaries, is engaged in a variety of businesses including, without limitation, the

9   production, distribution and broadcast of filmed entertainment, including motion pictures and

10  television programming.

11      48.    DC Comics and Hanna-Barbera have granted and transferred to Warner Bros. the

    right to supervise in the United States the merchandising and licensing of the copyrighted elements,

12  trademarks, trade names and service marks incorporated in or associated with the DC Comics and

13  Hanna-Barbera Characters. Currently, DC Comics and Warner Bros. have over twelve hundred

14  (1200) active license agreements in the United States. These agreements provide for the authorized

15  use of the DC Comics and Hanna-Barbera Characters on products and in connection with services,

16  including toys and games.

17      49.    A significant aspect of Warner Bros.' business is the merchandising and licensing of

    distinctive copyrights associated with its media product. The distinctive copyrights licensed and/or

18  merchandised by Warner Bros. include, but are not limited to, the world-famous fanciful characters

19  featured in such programming (hereinafter individually and collectively referred to as the "Warner

20  Bros. Characters"). Disney's, Sanrio Co.'s, DC Comics', Hanna-Barbera's and Warner Bros.'

21  Trademarks are collectively referred to as "Plaintiffs' Trademarks"; Disney's, Sanrio Co.'s, DC

22  Comics', Hanna-Barbera's and Warner Bros.' Copyrights are collectively referred to as "Plaintiffs'

23  Copyrights" and Disney's, Sanrio Co.'s, DC Comics', Hanna-Barbera's and Warner Bros.'

24  Properties are collectively referred to as "Plaintiffs' Properties."

**H.    Defendants**

25      50.    Defendant Bouncin Bins, Inc. ("Bouncin Bins") is a Nevada corporation with its

26  principal place of business in the city of Modesto, California. Bouncin Bins is subject to the

27  jurisdiction of this Court and is manufacturing, promoting, distributing, advertising and selling

28  merchandise which infringes Plaintiffs' Properties within this judicial district.

51.     Defendant Tom Mahaney ("Mahaney") is an individual.  Plaintiffs are informed and believe that Mahaney is a resident of the city of Modesto, California.  Plaintiffs are also informed and believe, and upon that basis allege, that Mahaney does business as Bouncin Bins in the city of Modesto, California.  Plaintiffs are further informed and believe, and based thereon allege, that Defendant Mahaney had the right and ability to supervise or control the infringing activity alleged herein and that he had a direct financial interest in such activity.  In addition or alternatively, Defendant Mahaney had knowledge or reason to know of the infringing activity and took actions which contributed to such activity.

52.     Upon information and belief, Does 1 – 10 are either entities or individuals who are residents of or present in this judicial district, and are subject to the jurisdiction of this Court.  Upon information and belief, Does 1 – 10 are principals or supervisory employees of the named defendants, suppliers of the named defendants or other entities or individuals who are manufacturing, promoting, distributing, selling and/or offering for sale merchandise in this judicial district which infringes some or all of the Plaintiffs' Properties.  The identities of the various Does are unknown to Plaintiffs at this time.  The Complaint will be amended to include the names of such individuals when identified.  Bouncin Bins, Mahaney and Does 1 – 10 are collectively referred to herein as "Defendants."

## I.     Defendants' Infringing Activities

53.     Upon information and belief, long after Plaintiffs' adoption and use of Plaintiffs' Properties, including, but not necessarily limited to, Batman, Superman, Hello Kitty, Scooby Doo and Shaggy (appearing in *Scooby Doo, Where Are You?*), Mickey Mouse, Cinderella, Bob Parr, Helen Parr and Dash (from the motion picture *The Incredibles*), Stitch (from the motion picture *Lilo and Stitch*) and various characters from the motion picture *Toy Story* on their inflatable goods, and after Plaintiffs obtained the copyright and trademark registrations alleged above, Defendants adopted and used substantially identical likenesses of Plaintiffs' Properties on merchandise without Plaintiffs' consent by manufacturing, promoting, advertising, displaying, distributing, selling and/or offering to sell Counterfeit Product.  Defendants have caused the Counterfeit Product to enter into commerce and to be transported or used in commerce.  Defendants are not licensed by Plaintiffs, or any of them, and at all relevant times were not authorized by Plaintiffs, or any of them, or any authorized agent of Plaintiffs, or any of them, to manufacture, import, distribute, sell and/or offer for sale the Counterfeit Product.  Defendants are currently engaged in such uses and, unless enjoined by this Court, will continue such unauthorized uses.

54.    By engaging in this conduct, Defendants have acted in willful disregard of laws protecting Plaintiffs' goodwill and related proprietary rights and have confused and deceived, or threatened to confuse and deceive, the consuming public concerning the source and sponsorship of the Counterfeit Products. By their wrongful conduct, Defendants have traded upon and diminished Plaintiffs' goodwill.

## FIRST CLAIM FOR RELIEF

### (For Trademark Infringement)

55.    Plaintiffs repeat and reallege all of the allegations contained in paragraphs 1 through 54, inclusive, as though set forth herein in full.

56.    Defendants' manufacture, importation, advertisement, display, promotion, marketing, distribution, sale and/or offer for sale of the Counterfeit Product is likely to cause confusion or to cause mistake or to deceive the relevant public and trade regarding the affiliation, sponsorship, endorsement or approval of the Counterfeit Product by Plaintiffs, or each of them. Such confusion, mistake and deception is aggravated by the confusing similarity between Plaintiffs' Properties and the use of substantially identical likenesses on the Counterfeit Product in the same type of goods made, imported and sold by or under authority of Plaintiffs, and each of them.

57.    Plaintiffs are informed and believe and, upon that basis allege, that Defendants, and each of them, acted with knowledge of the federally registered trademarks alleged herein and of the valuable goodwill Plaintiffs enjoy in connection therewith, with intent to confuse, mislead and deceive the public into believing that the Counterfeit Product was made, imported and sold by Plaintiffs, or are in some other manner, approved or endorsed by Plaintiffs.

58.    Plaintiffs have each suffered and continue to suffer irreparable harm and damage as a result of Defendants' acts of trademark infringement in amounts thus far not determined but within the jurisdiction of this Court, which amounts should each be trebled pursuant to 15 U.S.C. § 1117. In order to determine the full extent of such damages, including such profits as may be recoverable under 15 U.S.C. § 1117, Plaintiffs will require an accounting from each Defendant of all monies generated from the manufacture, importation, distribution and/or sale of the Counterfeit Product as alleged herein. In the alternative, Plaintiffs, and each of them, may elect to recover statutory damages pursuant to 15 U.S.C. § 1117 (c).

59.    Plaintiffs have no other adequate remedy at law and have each suffered and continue to suffer irreparable harm and damage as a result of the above-described acts of infringement. Plaintiffs are informed and believe, and upon that basis allege, that, unless enjoined by the Court, the

unlawful infringement will continue with irreparable harm and damage to Plaintiffs, and each of them. Accordingly, Plaintiffs each seek and request preliminary and permanent injunctive relief pursuant to 15 U.S.C § 1116.

60.     By reason of the foregoing, Plaintiffs have each incurred and will continue to incur attorneys' fees and other costs in connection with the prosecution of their claims herein, which attorneys' fees and costs Plaintiffs are entitled to recover from Defendants, and each of them, pursuant to 15 U.S.C. § 1117 (c).

## SECOND CLAIM FOR RELIEF

### (For Copyright Infringement)

61.     Plaintiffs repeat and reallege all of the allegations contained in paragraphs 1 through 60, inclusive, as though set forth herein in full.

62.     As alleged hereinabove, Defendants' willful activities infringe valid and effective copyrights registered by Plaintiffs, and each of them. Plaintiffs are informed and believe, and upon that basis allege, that Defendants have each obtained gains, profits and advantages as a result of their infringing acts in amounts within the jurisdiction of the Court.

63.     Plaintiffs are informed and believe, and upon that basis allege, that they have each suffered and continue to suffer direct and actual damages as result of the Defendants' infringing conduct as alleged herein, in amounts within the jurisdiction of this Court. In order to determine the full extent of such damages, including such profits as may be recoverable under 17 U.S.C. § 504, Plaintiffs will require an accounting from each Defendant of all monies generated from the manufacture, importation, distribution and/or sale of the Counterfeit Product as alleged herein. In the alternative, Plaintiffs may each elect to recover for each of their respective copyrighted works infringed, statutory damages pursuant to 17 U.S.C. § 504 (c).

64.     Plaintiffs have no other adequate remedy at law and have each suffered and continue to suffer irreparable harm and damage as a result of the above-described acts. Plaintiffs are informed and believe, and upon that basis allege, that, unless enjoined by the Court, the unlawful infringement by Defendants of Plaintiffs' Properties will continue with irreparable harm and damage to Plaintiffs. Accordingly, Plaintiffs each seek and request preliminary and permanent injunctive relief pursuant to 17 U.S.C § 502.

65.     By reason of the foregoing, Plaintiffs have incurred and will continue to incur attorneys' fees and other costs in connection with the prosecution of their claims herein, which

attorneys' fees and costs the Plaintiffs are each entitled to recover from the Defendants, and each of them, pursuant to 17 U.S.C. § 505.

## THIRD CLAIM FOR RELIEF

### (For Unfair Competition)

66.     Plaintiffs repeat and reallege all of the allegations contained in paragraphs 1 through 65, inclusive, as though set forth herein in full.

67.     Plaintiffs own all rights, title and interest in and to the trademarks, trade names, service marks, artwork, characters and other distinctive elements for and incorporating Plaintiffs' Properties.

68.     Plaintiffs' Properties have each acquired a secondary and distinctive meaning among the public, which has come to identify Plaintiffs' Properties, and each of them, through various media, including films, books, television, theme parks, magazines and other sources, and through the distribution and sale of authorized merchandise, and the distinctive features of each of Plaintiffs' Properties, as designating products associated with Plaintiffs. As a result of the extensive advertising, media exposure, sales and public recognition of Plaintiffs' Properties, combined with the positive experiences of the public in its relationship with Plaintiffs, and each of them, Plaintiffs' Properties are each symbolic of the Plaintiffs, and each of them, and representative of the image which the public has of Plaintiffs, and each of them.

69.     Plaintiffs are informed and believe, and upon that basis allege, that Defendants, and each of them, have, without permission, authority or license from Plaintiffs, or any of them, or their licensees, affixed, applied and/or used in connection with the manufacture, importation, advertisement, display, promotion, marketing, distribution, sale and/or offer for sale, false descriptions and representations, including words or other symbols, which tend falsely to describe or represent such goods as Plaintiffs' and/or affiliated with one of more of the Plaintiffs, and have caused the entry of such goods into interstate commerce with full knowledge of the falsity of such designations of origin and such descriptions and representations, all to the detriment of Plaintiffs, and each of them. Defendants, and each of them, by misappropriating and using one or more of the Plaintiffs' Properties, have misrepresented and falsely described to the general public the origin, source, association, affiliation or sponsorship of their goods so as to create the likelihood of confusion by the ultimate purchaser as to both the source and sponsorship of said goods.

70.     Plaintiffs are informed and believe, and upon that basis allege, that the Counterfeit Product being manufactured, imported, advertised, marketed, displayed, distributed, sold and/or

Disney, et al. v. Bouncin Bins: Complaint                - 15 -

offered for sale by Defendants, and each of them, are of inferior quality and that the sale and/or offer for sale thereof will be damaging to and dilute the goodwill and reputation of Plaintiffs, and each of them.

71.    Defendants' acts and conduct, as alleged herein, including, without limitation, the Defendants' duplication and imitation of Plaintiffs' Properties, are business practices likely to deceive or confuse the purchasing public and trade upon Plaintiffs' reputations, both as to the source, origin, sponsorship and approval of the goods provided and as to the affiliation, connection or association of Defendants, and each of them, with Plaintiffs, and each of them, and constitute acts of unfair competition, false designation of origin and false representation of affiliation, all in violation of 15 U.S.C. § 1125 (a). Plaintiffs are informed and believe, and upon that basis allege, that each of Defendants' respective acts of reputation appropriation and unfair competition was willful.

72.    Plaintiffs have no adequate remedy at law and have each suffered and continue to suffer irreparable harm and damage as a result of Defendants' respective acts of unfair competition in amounts thus far not determined but within the jurisdiction of this Court, which amounts should each be trebled pursuant to 15 U.S.C. § 1117.

73.    Plaintiffs are informed and believe, and upon that basis allege, that unless enjoined by the Court, the confusion and deception alleged above and the likelihood thereof will continue with irreparable harm and damage to Plaintiffs, and each of them.  Accordingly, Plaintiffs each seek and request preliminary and permanent injunctive relief pursuant to 15 U.S.C. § 1116.

74.    Plaintiffs are informed and believe, and upon that basis allege, that Defendants have each obtained gains, profits and advantages as a result of their wrongful acts of unfair competition in amounts not thus far determined but within the jurisdiction of this Court, which amounts should each be trebled, pursuant to 15 U.S.C. § 1117.

75.    In order to determine the full extent of such damages, including such profits as may be recoverable, Plaintiffs will require an accounting from each Defendant of all monies generated from the manufacture, importation, distribution and/or sale of the Counterfeit Product.

76.    By reason of the foregoing, Plaintiffs have incurred and will continue to incur attorneys' fees and other costs in connection with the prosecution of their claims herein, which attorneys' fees and costs Plaintiffs are entitled to recover from the Defendants, and each of them, pursuant to 15 U.S.C. § 1117.

///

///

Disney, et al. v. Bouncin Bins: Complaint                     - 16 -

## FOURTH CLAIM FOR RELIEF

### (For Trademark Dilution)

77.     Plaintiffs repeat and reallege all of the allegations contained in paragraphs 1 through 76, inclusive, as though set forth in full herein.

78.     The extensive advertising, media exposure, sales and public recognition of Plaintiffs' Properties, combined with the positive experiences of the public in its relationship with Plaintiffs, and each of them, have made the Plaintiffs' Properties each famous and distinctive marks that are symbolic of Plaintiffs and representative of the image the public has of Plaintiffs, and each of them.

79.     Plaintiffs' Properties are extraordinarily famous and well known throughout the United States and elsewhere, having been used extensively by Plaintiffs. By reason of Plaintiffs' extensive use of the Plaintiffs' Properties, each has become highly distinctive of Plaintiffs' goods and services and is uniquely and exclusively associated with Plaintiffs, and each of them. The Plaintiffs' Properties are famous marks within the purview of Section 43 (c) of the Lanham Act, 15 U.S.C. § 1125 (c).

80.     Defendants' acts and conduct, as alleged herein, including Defendants' use of the Plaintiffs' Properties on and in connection with the manufacture, importation, advertisement, display, distribution, sale and/or offer for sale of the Counterfeit Product are commercial business practices which trade on Plaintiffs' reputation and cause dilution of one or more of each of the famous, distinctive and pre-existing Trademarks, by lessening the capacity of these marks to exclusively identify and to distinguish Plaintiffs, and each of them, their goods and services, and constitute dilution, all in violation of Section 43 (c) of the Lanham Act, 15 U.S.C. § 1125 (c). Plaintiffs are informed and believe, and upon that basis allege, that each of Defendants' acts of trademark dilution and reputational appropriation was willful and that each Defendant willfully intended to reap the benefit of each of Plaintiffs' goodwill, trade upon Plaintiffs' reputation and/or dilute the distinctiveness of one or more of Plaintiffs' famous and distinctive trademarks.

81.     Plaintiffs are informed and believe, and upon that basis allege, that unless enjoined by the Court, Defendants' unlawful and unauthorized acts in violation of Section 43 (c) of the Lanham Act will continue to cause dilution of one or more of each of Plaintiffs' Trademarks with the corresponding irreparable harm and damage to each of the Plaintiffs. Accordingly, Plaintiffs each seek preliminary and permanent injunctive relief pursuant to 15 U.S.C. § 1116.

82.     Plaintiffs have no adequate remedy at law and have each suffered and continue to suffer irreparable harm and damage as a result of Defendants' acts of trademark dilution in amounts

Disney, et al. v. Bouncin Bins: Complaint                    - 17 -

thus far not determined, but within the jurisdiction of this Court, which amounts should be trebled pursuant to 15 U.S.C. § 1116.

83.     Plaintiffs are informed and believe, and upon that basis allege, that Defendants have each obtained gains, profits and advantages as a result of their wrongful acts of trademark dilution in amounts thus far not determined but within the jurisdiction of this Court, which amounts should be trebled pursuant to 15 U.S.C. § 1117.

84.     In order to determine the full extent of such damages, including such profits as may be recoverable, Plaintiffs will require an accounting from each Defendant of all monies generated from the manufacture, importation, distribution and/or sale of the diluting items alleged herein.

85.     By reason of the foregoing, Plaintiffs have incurred and will continue to incur attorneys' fees and other costs in connection with the prosecution of their claims herein, which attorneys' fees and costs Plaintiffs are entitled to recover from Defendants, and each of them, pursuant to 15 U.S.C. § 1117.

## FIFTH CLAIM FOR RELIEF

### (For State Law Unfair Competition)

86.     Plaintiffs repeat and reallege all of the allegations contained in paragraphs 1 though 85, inclusive, as though set forth herein in full.

87.     As alleged above, each of Plaintiffs' Properties has acquired secondary meaning indicative of origin, relationship, sponsorship and/or association with one of the Plaintiffs. The purchasing public is likely to attribute to Plaintiffs, and each of them, the use by Defendants and/or their customers of one or more of Plaintiffs' Properties, as a source of origin, authorization and/or sponsorship for Defendants and/or their customers' goods and, therefore, to purchase such goods based upon that erroneous belief.

88.     Plaintiffs are informed and believe, and upon that basis allege, that Defendants, and each of them, have intentionally appropriated one or more of Plaintiffs' Properties with the intent of causing confusion, mistake and deception as to the source of their and/or their third party wholesale customers' goods and with the intent to palm off such goods as those of Plaintiffs and, as such, Defendants have each committed trademark infringement, misleading advertising and unfair competition, all in violation of the California Unfair Business Practices Act, Cal. Bus. & Prof. Code, §§ 17200, *et seq*.

Disney, et al. v. Bouncin Bins: Complaint          - 18 -

89.    Plaintiffs have no adequate remedy at law and have each suffered and continue to suffer irreparable harm and damage as a result of each of Defendants' acts in an amount thus far not determined but within the jurisdiction of this Court.

90.    Plaintiffs are informed and believe, and upon that basis allege, that unless enjoined by the Court, the confusion and deception alleged herein and the likelihood thereof will continue with irreparable harm and damage to Plaintiffs, and each of them.

91.    Plaintiffs are informed and believe, and upon that basis allege, that Defendants have each unlawfully and wrongfully derived and will continue to derive income, gains, profits and advantages as a result of their wrongful acts of unfair competition, in amounts thus far not determined but within the jurisdiction of this Court. Plaintiffs are informed and believe, and upon that basis allege that they have each lost and will continue to lose profits and goodwill as a result of Defendants' conduct.

92.    By reason of the foregoing acts of unfair competition, Plaintiffs, and each of them, are entitled to restitution from each Defendant of all income, gains, profits and advantages resulting from Defendants' wrongful conduct in amounts to be determined according to proof at trial.

93.    In order to determine the full extent of such damages, including such profits as may be recoverable, Plaintiffs will require an accounting from each Defendant of all monies generated from the manufacture, importation, distribution and/or sale of the Counterfeit Product.

94.    Plaintiffs are informed and believe, and upon that basis allege, that the Defendants, and each of them, committed the acts alleged herein intentionally, fraudulently, maliciously, willfully, wantonly and oppressively, with intent to injure Plaintiffs, and each of them, in their businesses and with conscious disregard for Plaintiffs' rights, thereby justifying awards of punitive and exemplary damages against each Defendant in amounts sufficient to punish each Defendant and to set an example for others.

## SIXTH CLAIM FOR RELIEF

### (State Law Trademark Dilution)

95.    Plaintiffs repeat and reallege all of the allegations contained in paragraphs 1 through 94, inclusive, as though set forth herein in full.

96.    Plaintiffs have each used the Plaintiffs' Properties to identify themselves, their goods and services. Defendants' use of the Plaintiffs' Properties to identify themselves and their products has diluted and will continue to dilute the distinctive quality of the Plaintiffs' Properties in violation of section 14330 of the California Business and Professions Code.

97.    Defendants' acts as alleged herein have damaged and will continue to irreparably damage the Plaintiffs. Plaintiffs have no adequate remedy at law for such wrongs and injuries. The damage to the Plaintiffs includes harm to their goodwill and reputation that money cannot adequately compensate. Plaintiffs therefore are entitled to a preliminary and permanent injunction enjoining defendants' commercial use of the Plaintiffs' Properties.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand:

A.    That Defendants, their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with any of said Defendants, be immediately and permanently enjoined from:

1.    Directly or indirectly infringing Plaintiffs' Properties in any manner, including generally, but not limited to, manufacture, importation, distribution, advertising, selling and/or offering for sale any merchandise which infringes the said Plaintiffs' Properties, and, specifically:

> a.  Importing, manufacturing, distributing, advertising, selling and/or offering for sale the Counterfeit Product or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a confusing and/or substantial similarity to any of Plaintiffs' Properties;

> b.  Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing and/or substantial similarity to any of Plaintiffs' Properties;

> c.  Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with Plaintiffs, are sponsored, approved or licensed by Plaintiffs or are in some way affiliated with Plaintiffs;

> d.  Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer

for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiffs;

2. Otherwise competing unfairly with Plaintiffs in any manner;

3. Destroying or otherwise disposing of:

 a. Merchandise falsely bearing Plaintiffs' Properties;

 b. Any other products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiffs' Properties;

 c. Any labels, packages, wrappers, containers or any other unauthorized promotion or advertising material item which reproduces, copies, counterfeits, imitates or bears any of Plaintiffs' Properties;

 d. Any molds, screens, patterns, plates, negatives or other elements used for making or manufacturing products bearing Plaintiffs' Properties;

 e. Any sales and supply or customer journals, ledgers, invoices, purchase orders, inventory control documents, bank records, catalogs and all other business records, believed to concern the manufacture, purchase, advertising, sale or offering for sale of the Counterfeit Product;

B. That Plaintiffs and their designees are authorized to seize the following items which are in Defendants' possession, custody or control:

1. All unauthorized products bearing Plaintiffs' Properties, or likenesses thereof;

2. Any other unauthorized products which reproduce, copy, counterfeit, imitate or bear any of Plaintiffs' Properties or which picture, reproduce, copy or use the likeness of or bear a substantial similarity to Plaintiffs' Properties;

3. Any labels, packages, wrappers, containers and any other unauthorized promotional or advertising material which reproduce, copy, counterfeit, imitate or bear any of Plaintiffs' Properties or which picture, reproduce, copy or use the likeness of or bear a substantial similarity to Plaintiffs' Properties;

4. Any molds, screens, patterns, plates, negatives, machinery or equipment used for making or manufacturing the Counterfeit Product or unauthorized items

1    which bear Plaintiffs' Properties or which bear a substantial similarity to any

2    of Plaintiffs' Properties;

3    C.    That those Defendants infringing upon Plaintiffs' Properties be required to pay actual

4    damages increased to the maximum extent permitted by law and/or statutory damages at Plaintiffs'

5    elections;

6    D.    That actual damages be trebled pursuant to 15 U.S.C. § 1117;

7    E.    That Defendants account for and pay over to Plaintiffs all damages sustained by

8    Plaintiffs and profits realized by Defendants by reason of Defendants' unlawful acts herein alleged
and that those profits be increased as provided by law;

9    F.    That Plaintiffs recover from Defendants their costs of this action and

10    reasonable attorneys' fees; and

11    G.    That Plaintiffs have all other and further relief as the Court may deem just and proper
under the circumstances.

12

13    Dated: May 2̲3̲, 2007    J. Andrew Coombs, A Professional Corporation

14

15    By:    J. Andrew Coombs

16    Alexandra E. Ciganer
Attorneys for Plaintiffs Disney Enterprises, Inc., Sanrio,

17    Inc., DC Comics, Hanna-Barbera Productions, Inc., and
Warner Bros. Entertainment Inc.

18

19

20

21

22

23

24

25

26

27

28

Disney, et al. v. Bouncin Bins: Complaint    - 22 -

1

## DEMAND FOR JURY TRIAL

2      Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs Disney Enterprises, Inc., Sanrio,

3   Inc., DC Comics, Hanna-Barbera Productions, Inc. and Warner Bros. Entertainment Inc. hereby

4   demand a trial by jury of all issues so triable.

5   DATED: May 23 2007                          J. Andrew Coombs, A Professional Corp.

6

7

8                                        By:    J. Andrew Coombs
                                                Alexandra E. Ciganer
9                                               Attorneys for Plaintiffs Disney Enterprises, Inc., Sanrio,
                                                Inc., DC Comics, Hanna-Barbera Productions, Inc., and
10                                              Warner Bros. Entertainment Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Disney, et al. v. Bouncin Bins: Complaint                       - 23 -



## EXHIBIT A

### DISNEY'S COPYRIGHTED DESIGNS

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| VA 58 937 | Mickey - 1 (Mickey Mouse) | Model Sheet |
| VA 58 938 | Minnie - 1 (Minnie Mouse) | Model Sheet |
| Gp 80 184 | Donald Duck | Publications Model Sheet |
| VA 58 933 | Daisy - 1 (Daisy Duck) | Model Sheet |
| VA 58 936 | Goofy -1 (Goofy) | Model Sheet |
| Gp 80 192 | Pluto | Publications Model Sheet |
| VAu 64 814 | Baby Mickey | Model Sheet |
| VAu 64 814 | Baby Minnie | Model Sheet |
| VAu 73 216 | Baby Donald Duck | Model Sheet |
| VAu 73 217 | Baby Daisy Duck | Model Sheet |
| VAu 83 225 | Baby Goofy | Model Sheet |
| VAu 73 219 | Baby Pluto | Model Sheet |
| R 48 971 | Disney's Uncle Scrooge in Only a Poor Old Man | Comic Strip |
| RE 424 728 | Walt Disney's Ludwig von Drake | Comic Strip |
| Gp 105 126 | Horace Horsecollar | Model Sheet |
| R 567 615 | Chip | Model Sheet |
| R 567 614 | Dale | Model Sheet |
| VA 184 345 | Huey, Dewey & Louie -1 | Model Sheet |
| Gp 105 128 | Clarabelle Cow | Model Sheet |
| RE 636 587 | **Winnie the Pooh and the Honey Tree** | Motion Picture |
| RE 718 378 | **Winnie the Pooh and the Blustery Day** | Motion Picture |
| VA 58 940 | Pooh - 1 (Winnie the Pooh) | Model Sheet |
| Gp 81 528 | Rabbit | Publications Model Sheet |
| Gp 81 528 | Owl | Publications Model Sheet |
| Gp 85 651 | Kanga and Roo | Publications Model Sheet |
| Gp 81 528 | Eeyore | Publications Model Sheet |
| Gp 81 528 | Piglet | Publications Model Sheet |
| Gp 81 528 | Gopher | Publications Model Sheet |
| Gp 81 527 | Tigger | Publications Model Sheet |
| R 354 235 | **Snow White and the Seven Dwarfs** | Motion Picture |
| R 346 870 | Bashful | Drawings |
| R 346 869 | Doc | Drawings |

| R 346 875 | Dopey | Drawings |
|---|---|---|
| R 346 876 | Grumpy | Drawings |
| R 346 871 | Happy | Drawings |
| R 346 874 | Sleepy | Drawings |
| R 346 873 | Sneezy | Drawings |
| R 346 872 | Snow White | Drawings |
| R 346 868 | Snow White "Witch" | Drawings |
| R 406 910 | **Pinocchio** | Motion Picture |
| Gp 80 186 | Pinocchio | Publications Model Sheet |
| Gp 80 188 | Jiminy Cricket | Publications Model Sheet |
| R 427 860 | **Fantasia** | Motion Picture |
| R 433 627 | **The Reluctant Dragon** | Motion Picture |
| R 442 538 | **Dumbo** | Motion Picture |
| R 428 428 | Dumbo Suggestions for Dumbo | Drawing |
| R 428 420 | Mother Elephant Suggestions for "Dumbo" | Drawing |
| R 428 430 | Dumbo Ringmaster Suggestions 1348 | Drawing |
| R 428 427 | Dumbo - Stork Suggestions | Drawing |
| R 428 426 | Timothy Mouse Suggestions | Drawing |
| R 428 432 | Dumbo "Miscellaneous Crows" - 2006 | Drawing |
| R 458 260 | **Bambi** | Motion Picture |
| R 433 645 | Bambi - Bambi | Drawing |
| R 433 630 | Bambi - Final Thumper Model - 2002 | Drawing |
| R 433 631 | Bambi - Skunk Model - 2002 | Drawing |
| R 433 636 | Bambi - Owl and Stag Models | Drawing |
| R 433 632 | Faline "Adolescent Age" | Drawing |
| R 433 633 | Bambi's Mother | Drawing |
| R 467 541 | **Saludos Amigos** | Motion Picture |
| R 464 785 | Joe Carioca | Drawing |
| R 516 560 | **The Three Caballeros** | Motion Picture |
| R 550 316 | **Make Mine Music** | Motion Picture |
| R 557 922 | **Song of the South** | Motion Picture |
| R 548 629 | Brer Rabbit | Drawing |
| R 548 626 | Brer Bear | Drawing |
| R 577 489 | **Fun and Fancy Free** | Motion Picture |
| R 605 180 | **Melody Time** | Motion Picture |
| R 636 303 | **The Adventures of Ichabod & Mr. Toad** | Motion Picture |
| R 648 396 | **Cinderella** | Motion Picture |
| R 632 319 | Cinderella | Copyright Booklet |
| R 632 319 | Drizella | Copyright Booklet |
| R 632 319 | Anastasia | Copyright Booklet |
| R 632 319 | Stepmother | Copyright Booklet |
| R 632 319 | Fairy Godmother | Copyright Booklet |
| R 632 319 | Prince | Copyright Booklet |
| R 632 319 | Bruno, the Dog | Copyright Booklet |
| R 632 319 | Lucifer, the Cat | Copyright Booklet |

| R 632 319 | Jaq and Gus | Copyright Booklet |
|---|---|---|
| RE 27 746 | **Alice in Wonderland** | Motion Picture |
| VA 58 920 | Alice - 1 (Alice) | Model Sheet |
| VA 58 919 | Alice - 2 (The White Rabbit) | Model Sheet |
| VA 58 921 | Alice - 3 (Queen of Hearts) | Model Sheet |
| VA 58 922 | Alice - 4 (Cheshire Cat) | Model Sheet |
| VA 58 923 | Alice - 5 (Caterpillar) | Model Sheet |
| VA 58 924 | Alice - 6 (Tweedledee and Tweedledum) | Model Sheet |
| VA 58 922 | March Hare | Model Sheet |
| VA 58 922 | Mad Hatter | Model Sheet |
| RE 64 027 | **Peter Pan** | Motion Picture |
| RE 66 285 | Peter Pan | Coloring Book |
| RE 66 285 | Tinkerbell | Coloring Book |
| RE 66 285 | Captain Hook | Coloring Book |
| RE 66 285 | Mr. Smee | Coloring Book |
| RE 66 285 | Nana | Coloring Book |
| RE 162 852 | **Lady and the Tramp** | Motion Picture |
| RE 101 764 | Lady | Previews of Pictures |
| RE 101 764 | Tramp | Previews of Pictures |
| RE 296 296 | **Sleeping Beauty** | Motion Picture |
| RE 246 671 | Princess Aurora | Book |
| RE 246 671 | Prince Phillip | Book |
| RE 246 671 | Maleficent/Dragon | Book |
| RE 370 901 | **One Hundred and One Dalmatians** | Motion Picture |
| RE 546 478 | **The Sword in the Stone** | Motion Picture |
| RE 557 357 | Archimedes | Copyright Booklet |
| RE 557 357 | Merlin | Copyright Booklet |
| RE 557 357 | Wart/Arthur | Copyright Booklet |
| RE 557 357 | Madame Mim | Copyright Booklet |
| RE 571 201 | **Mary Poppins** | Motion Picture |
| RE 705 510 | **The Jungle Book** | Motion Picture |
| RE 679 798 | Mowgli | Drawing |
| RE 679 799 | Baloo | Drawing |
| RE 679 795 | Bagheera | Drawing |
| RE 679 805 | King Louie | Drawing |
| RE 679 797 | Kaa | Drawing |
| RE 679 807 | Shere Khan | Drawing |
| Lp 38 283 | **The Aristocats** | Motion Picture |
| Gu 44 754 | O'Malley | Drawing |
| Gu 44 750 | Duchess | Drawing |
| Gu 44 748 | Edgar | Drawing |
| Gu 44 745 | Roquefort | Drawing |
| Lp 39 817 | **Bedknobs and Broomsticks** | Motion Picture |
| Gu 46 904 | Crocky | Drawing |
| Gu 46 908 | Sailor Bear | Drawing |
| Gu 46 906 | Codfish | Drawing |

| Gu 46 917 | Secretary Bird | Drawing |
|---|---|---|
| LP 42 905 | **Robin Hood** | Motion Picture |
| Gu 46 582 | Robin Hood | Drawing |
| Gu 46 583 | Little John | Drawing |
| Gu 46 584 | Sir Hiss | Drawing |
| Gu 47 230 | Sheriff of Nottingham | Drawing |
| Gu 47 762 | Friar Tuck | Drawing |
| Gu 46 585 | Prince John | Drawing |
| Gu 50 764 | Maid Marion | Drawing |
| Gu 50 763 | Lady Cluck | Drawing |
| Lp 49 678 | **The Rescuers** | Motion Picture |
| Gp 96 289 | Miss Bianca | Drawing |
| Gp 96 286 | Orville | Drawing |
| Gp 96 288 | Madame Medusa | Drawing |
| Gp 96 287 | Bernard | Drawing |
| Gp 103 814 | Penny | Drawing |
| Gu 57 278 | Rufus | Drawing |
| Gu 56 625 | Evinrude | Drawing |
| PA 1 371 | **Pete's Dragon** | Motion Picture |
| Gp 111 695 | Elliott the Dragon | Drawing |
| PA 125 861 | **The Fox and the Hound** | Motion Picture |
| VAu 10 933 | Todd (Young) | Drawing |
| VAu 10 930 | Copper (Pup) | Drawing |
| VAu 10 936 | Vixey | Drawing |
| VAu 10 928 | Big Mama | Drawing |
| VAu 12 417 | Dinky | Drawing |
| VAu 12 418 | Boomer | Drawing |
| VAu 12 415 | Squeeks | Drawing |
| PA 252 525 | **The Black Cauldron** | Motion Picture |
| VAu 24 517 | Eilonwy | Drawing |
| VAu 29 561 | Fflewddur | Drawing |
| VAu 24 518 | Gurgi | Drawing |
| VAu 24 070 | Hen Wen | Drawing |
| VAu 24 592 | The Horned King | Drawing |
| VAu 24 519 | Taran | Drawing |
| VAu 47 075 | Orddu | Drawing |
| VAu 47 073 | Orgoch | Drawing |
| VAu 47 074 | Orwen | Drawing |
| PA 290 808 | **The Great Mouse Detective** | Motion Picture |
| VAu 76 103 | Basil 185-126 | Model Sheet |
| VAu 76 102 | Dr. Dawson 1284-80 | Model Sheet |
| VAu 81 570 | Olivia | Model Sheet |
| VAu 76 100 | Ratigan 285-166 | Model Sheet |
| VAu 81 572 | Fidget | Model Sheet |
| VAu 81 571 | Flaversham | Model Sheet |
| VAu 86 112 | Felicia - Clean Up Model 0238 | Model Sheet |
| VAu 76 104 | Toby 285-170 | Model Sheet |
| VAu 85 019 | Mrs. Judson | Model Sheet |

| | | |
|---|---|---|
| VAu 85 021 | Queen Victoria | Model Sheet |
| VAu 85 022 | Bartholomew | Model Sheet |
| PA 385 556 | **Oliver and Company** | Motion Picture |
| VAu 104 921 | Dodger Construction Sheets | Model Sheet |
| VAu 104 920 | Einstein Construction Sheets | Model Sheet |
| VAu 104 919 | Frances Construction Sheets | Model Sheet |
| VAu 104 916 | Rita Construction Sheets | Model Sheet |
| VAu 109 377 | Oliver Rough Model | Model Sheet |
| VAu 109 379 | Tito - Ruff Model | Model Sheet |
| VAu 119 949 | How to Draw Georgette | Model Sheet |
| PA 431 543 | **The Little Mermaid** | Motion Picture |
| VAu 123 355 | Ariel 9-9-87 Ruff (Ariel) | Drawings |
| VAu 123 351 | Scuttle | Drawings |
| VAu 123 354 | Ruff Sebastion 9-4-87 (Sebastian) | Drawings |
| VAu 123 348 | Ruff Ursula 9-9-87 (Ursula) | Drawings |
| VAu 123 352 | Prince Eric | Drawings |
| VAu 123 350 | Triton | Drawings |
| VAu 123 353 | Flotsam/Jetsam | Drawings |
| VAu 123 349 | Flounder | Drawings |
| PAu 1 024 341 | **DuckTales** | Motion Picture |
| VAu 101 067 | Launchpad McQuack | Pamphlet of Drawings |
| VAu 101 067 | Webby | Pamphlet of Drawings |
| VAu 101 067 | Doofus | Pamphlet of Drawings |
| VAu 101 067 | Mrs. Beakley | Pamphlet of Drawings |
| VAu 101 067 | Duckworth | Pamphlet of Drawings |
| PA 486 535 | **The Rescuers Down Under** | Motion Picture |
| VAu 161 749 | Cody | Model Sheets |
| VAu 155 884 | Jake (Rough Models) | Model Sheets |
| VAu 155 844 | McLeach (Rough Model) | Model Sheets |
| VAu 170 264 | Marahute (Rough Model) | Model Sheets |
| PA 542 647 | **Beauty and the Beast** | Motion Picture |
| VAu 200 866 | Belle (Beauty and the Beast) | Artwork |
| VAu 210 914 | Beast | Licensing Kit |
| VAu 194 311 | Maurice (Beauty and the Beast) | Artwork |
| VAu 199 855 | Mrs. Potts (Beauty and the Beast) | Artwork |
| VAu 200 868 | Cogsworth (Beauty and the Beast) | Artwork |
| VAu 194 310 | Lumiere (Beauty and the Beast) | Artwork |
| VAu 201 337 | Chip (Beauty and the Beast) | Artwork |
| VAu 194 307 | Gaston (Beauty and the Beast) | Artwork |
| VAu 194 309 | LeFou (Beauty and the Beast) | Artwork |
| VAu 199 856 | Phillipe (Beauty and the Beast) | Artwork |
| VAu 200 869 | Featherduster (Beauty and the Beast) | Artwork |
| PA 583 905 | **Aladdin** | Motion Picture |
| VAu 215 432 | Aladdin - Aladdin | Model Sheet |

| VAu 215 453 | Aladdin - Genie | Model Sheet |
|---|---|---|
| VAu 215 793 | Aladdin - Abu | Model Sheet |
| VAu 218 349 | Aladdin - Iago | Model Sheet |
| VAu 230 534 | Aladdin - Rasoul | Model Sheet |
| VAu 218 348 | Aladdin - The Sultan | Model Sheet |
| VAu 230 533 | Aladdin - Jafar | Model Sheet |
| VAu 221 841 | Aladdin - Jasmine | Model Sheet |
| VAu 221 842 | Aladdin - Jafar as Beggar | Model Sheet |
| VAu 232 164 | Aladdin - Narrator | Model Sheet |
| PA 659 979 | **The Lion King** | Motion Picture |
| VAu 246 448 | The Lion King - Mufasa | Model Sheet |
| VAu 245 946 | The Lion King - Sarabi | Model Sheet |
| VAu 246 447 | The Lion King - Simba | Model Sheet |
| VAu 246 440 | The Lion King - Young Simba | Model Sheet |
| VAu 246 438 | The Lion King - Nala | Model Sheet |
| VAu 246 664 | The Lion King - Young Nala | Model Sheet |
| VAu 245 947 | The Lion King - Rafiki | Model Sheet |
| VAu 245 945 | The Lion King - Shenzi, Banzai & Ed | Model Sheet |
| VAu 246 437 | The Lion King - Pumbaa | Model Sheet |
| VAu 245 662 | The Lion King - Timon | Model Sheet |
| VAu 246 446 | The Lion King - Scar | Model Sheet |
| VA 611 201 | Zazu | Licensing Kit |
| PA 720 179 | **Pocahontas** | Motion Picture |
| VAu 262 859 | Pocahontas - Pocahontas Standing | Artwork |
| VAu 261 970 | Pocahontas - Powhatan | Artwork |
| VAu 261 967 | Pocahontas - Percy | Artwork |
| VAu 302 884 | Pocahontas - John Smith | Artwork |
| VAu 302 886 | Pocahontas - Meeko the Raccoon | Artwork |
| VAu 302 883 | Pocahontas - Flit the Hummingbird | Artwork |
| VAu 300 559 | Pocahontas - Ratcliffe | Artwork |
| VAu 302 885 | Pocahontas - Grandmother Willow | Artwork |
| PA 765 713 | **Toy Story** | Motion Picture |
| VAu 337 565 | Toy Story - Woody | Artwork |
| VAu 337 566 | Toy Story - Buzz Lightyear | Artwork |
| VAu 337 567 | Toy Story - Hamm | Artwork |
| VAu 337 568 | Toy Story - Rex | Artwork |
| VAu 337 569 | Toy Story - Bo Peep Lamp and Sheep | Artwork |
| VAu 337 186 | Toy Story - Lenny | Artwork |
| VAu 273 627 | Toy Story - Mom | Artwork |
| VAu 348 598 | Toy Story - Andy | Artwork |
| VAu 348 599 | Toy Story - Hannah | Artwork |
| PA 795 221 | **The Hunchback of Notre Dame** | Motion Picture |
| VAu 336 992 | The Hunchback of Notre Dame - Quasimodo | Model Sheet |
| VAu 332 434 | The Hunchback of Notre Dame - Esmeralda | Model Sheet |
| VAu 336 056 | The Hunchback of Notre Dame - Phoebus | Model Sheet |
| VAu 336 057 | The Hunchback of Notre Dame - Djali | Model Sheet |

| VAu 343 663 | The Hunchback of Notre Dame - Gargoyles | Model Sheets |
|---|---|---|
| VAu 336 058 | The Hunchback of Notre Dame - Clopin | Model Sheet |
| VAu 336 059 | The Hunchback of Notre Dame - Frollo | Model Sheet |
| VAu 336 878 | The Hunchback of Notre Dame - Will Doll/Sam Doll | Model Sheet |
| PA 670 961 | **Hercules** | Motion Picture |
| VAu 369 603 | Hercules - Hercules | Model Sheets |
| VAu 369 600 | Hercules - Baby Hercules | Model Sheets |
| VAu 367 973 | Hercules - Meg | Model Sheets |
| VAu 369 605 | Hercules - Pegasus | Model Sheets |
| VAu 369 598 | Hercules - Baby Pegasus | Model Sheets |
| VAu 367 965 | Hercules - Phil | Model Sheets |
| VAu 367 964 | Hercules - Hades | Model Sheets |
| VAu 367 969 | Hercules - Pain | Model Sheets |
| VAu 375 850 | Hercules - Panic | Model Sheets |
| VAu 377 944 | Hercules - Hydra Head | Model Sheet |
| PA 799 025 | **Mulan** | Motion Picture |
| VA 849 510 | Mulan | Style Guide |
| VAu 379 045 | The Legend of Mulan - Mulan | Model Sheets |
| VAu 379 027 | The Legend of Mulan - Mulan as Ping | Model Sheets |
| VAu 379 021 | The Legend of Mulan - Mushu | Model Sheets |
| VAu 379 024 | The Legend of Mulan - Shang | Model Sheets |
| VAu 378 480 | The Legend of Mulan - Kahn | Model Sheets |
| VAu 381 069 | The Legend of Mulan - Cricket | Model Sheets |
| PA 901 890 | **A Bug's Life*** | Motion Picture |
| VA 875 986 | A Bug's Life* | Style Guide |
| VAu 399 357 | Flik* | Model Sheets |
| VAu 399 356 | Hopper* | Model Sheets |
| VAu 399 351 | Atta* | Model Sheets |
| VAu 399 349 | Dot* | Model Sheets |
| VAu 399 343 | Dim* | Model Sheets |
| VAu 399 352 | Tuck & Roll* | Model Sheets |
| VAu 399 350 | Francis* | Model Sheets |
| VAu 399 348 | Heimlich* | Model Sheets |
| VAu 399 353 | Slim* | Model Sheets |
| VAu 399 342 | Rosie* | Model Sheets |
| VAu 399 346 | P.T. Flea* | Model Sheets |
| VAu 399 345 | Manny* | Model Sheets |
| VAu 399 344 | Gypsy* | Model Sheets |
| VAu 399 347 | Thumper* | Model Sheets |
| VAu 399 354 | Molt* | Model Sheets |
| VAu 399 355 | Queen* | Model Sheets |
| PA 959 870 | **Toy Story 2*** | Motion Picture |
| VAu 414 563 | Toy Story 2 - Al's Car* | Model Sheet |
| VAu 405 573 | Toy Story 2 - Bullseye* | Model Sheet |
| VAu 406 700 | Toy Story 2 - Coffee Table* | Model Sheet |

| | | |
|---|---|---|
| VAu 407 195 | Toy Story 2 - Cushy Chair* | Model Sheet |
| VAu 405 571 | Toy Story 2 - Emporer Zurg* | Model Sheet |
| VAu 405 572 | Toy Story 2 - Jessie* | Model Sheet |
| VAu 405 197 | Toy Story 2 - L'il Yuppie* | Model Sheet |
| VAu 405 574 | Toy Story 2 - Prospector* | Model Sheet |
| VAu 407 196 | Toy Story 2 - Wood Chair* | Model Sheet |
| VA960 902 | Toy Story 2 - Style Guide* | Style Guide |
| PA 974 011 | **Dinosaur** | Motion Picture |
| VAu 486 473 | Aladar | Model Sheet |
| VAu 486 477 | Baylene | Model Sheet |
| VAu 486 476 | Bruton | Model Sheet |
| VAu 486 478 | Eema | Model Sheet |
| VAu 486 475 | Kron | Model Sheet |
| VAu 486 474 | Neera | Model Sheet |
| VAu 486 472 | Plio | Model Sheet |
| VAu 486 479 | Suri | Model Sheet |
| VAu 486 471 | Yar | Model Sheet |
| VA 996 530 | Dinosaur - Phase I | Style Guide |
| VA 992 942 | Dinosaur - Phase II | Style Guide |
| PA 940 885 | **The Emperor's New Groove** | Motion Picture |
| VA 999 573 | Emporer's New Groove | Style Guide |
| VAu 479 682 | Kronk | Model Sheet |
| VAu 479 685 | Kuzco | Model Sheet |
| VAu 479 683 | Kuzco Llama | Model Sheet |
| VAu 479 684 | Pacha | Model Sheet |
| VAu 479 681 | Yzma | Model Sheet |
| VA 1-242-351 | **The Incredibles** | Style Guide |
| VA 1-242-351 | Bob Parr | Style Guide |
| VA 1-242-351 | Helen Parr | Style Guide |
| VA 1-242-351 | Dash | Style Guide |
| PA 1-082-244 | **Lilo and Stitch** | Motion Picture |
| VAu 506 817 | Lilo | Model Sheet |
| R 406910 | **Pinnocchio** | Motion Picture |



## EXHIBIT B

## DISNEY'S TRADEMARKS

| Trademark | Mark Drawing Code | Trademark Registration No. | Trademark Registration Date |
|---|---|---|---|
| Mickey Mouse | Typed Drawing | 315,056 | 7/17/34 |
| Disney Princess | Standard Character Mark | 1,037,788 (Serial Number 78743842) | 4/13/76 |
| Walt Disney | Typed Drawing | 1,141,312 | 11/11/80 |
| Mickey Mouse | Typed Drawing | 1,115,389 | 4/28/81 |
| Mickey Mouse | Typed Drawing | 1,152,389 | 4/28/81 |
| Pluto | Typed Drawing | 1,152,383 | 4/28/81 |
| Goofy | Typed Drawing | 1,159,124 | 6/30/81 |
| Donald Duck | Typed Drawing | 1,161,868 | 7/21/81 |
| Disney | Typed Drawing | 1,162,727 | 7/28/81 |
| Walt Disney Signature | Standard Character Mark | 1,162,727 (Serial Number 78864123) | 7/28/81 |
| Disney | Typed Drawing | 1,838,246 (Serial Number 78163606) | 5/31/94 |
| Pooh | Typed Drawing | 2,623,099 (Serial Number 78159758) | 9/24/02 |
| Mickey Mouse | Design Only | 2,704,887 | 4/8/03 |
| Mickey Mouse Head Device | Design Only | 2,781,693 (Serial Number 78637100) | 11/11/03 |
| Minnie Mouse | Design Only | 2,700,619 | 3/25/03 |
| Donald Duck | Design Only | 2,700,620 | 3/25/03 |
| Pooh | Design Only | 2,704,888 | 4/8/03 |
| Piglet | Design Only | 2,700,618 | 3/25/03 |

| Daisy Duck | Design Only | 2,704,890 | 4/8/03 |
|---|---|---|---|
| Pluto | Design Only | 2,707,323 | 4/15/03 |
| Goofy | Design Only | 2,721,608 | 6/3/03 |
| Tigger | Design Only | 2,860,445 | 7/6/04 |
| Walt Disney's Snow White & the Seven Dwarfs | Design Plus Words, Letters, and/or Numbers | 2,891,463 | 10/5/04 |
| Walt Disney's Sleeping Beauty | Design Plus Words, Letters, and/or Numbers | 2,895,966 | 10/19/04 |
| Mickey Mouse | Typed Drawing | 3,006,349 | 10/11/05 |
| Winnie the Pooh | Typed Drawing | 3,024,287 | 12/6/05 |
| Walt Disney's Cinderella | Design Plus Words, Letters, and/or Numbers | 3,057,988 | 2/7/06 |
| Donald Duck | Typed Drawing | 3,120,077 | 9/26/06 |
| Eeyore | Design Only | Serial Number 76587948 | n/a |
| Eeyore | Typed Drawing | Serial Number 78159727 | n/a |
| Minnie Mouse | Typed Drawing | Serial Number 78159805 | n/a |
| Tinker Bell | Standard Character Mark | Serial Number 78911784 | n/a |
| Tinker Bell | Design Only | Serial Number 78956939 | n/a |
| Ariel | Standard Character Mark | Serial Number 77130150 | n/a |
| Toy Story | Typed Drawing | 2,520,404 | 12/18/01 |
| Lilo & Stitch | Typed Drawing | 2,811,097 | 3/29/01 |
| Pinnocchio | Design Plus Words, Letters, and/or Numbers | 2,920,964 | 1/25/05 |
| Beauty and the Beast | Typed Drawing | 2,961,693 | 6/14/05 |



## Sanrio Company, Ltd.
## Copyright Registrations

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| VA 130 420 | Hello Kitty | Grapic Artwork |
| VA 811 440 | Bad Badtz Maru | Graphic Artwork |
| VAu 498 617 | Chococat | Art original |
| VA 636 579 | KeroKeroKeroppi | Sticker Book |
| VA 246 421 | Little Twin Stars | Stickers |
| VA 840 495 | Monkichi | Graphic Artwork |
| VA 130 419 | My Melody | Graphic Artwork |
| VA 130 421 | Patty & Jimmy | Graphic Artwork |
| VA 636 582 | Pekkle | Graphic Artwork |
| VA 840 496 | Picke Bicke | Graphic Artwork |
| VA 636 580 | Pochacco | Sticker Book |
| VA 148 625 | Tuxedo Sam | Stickers |
| VA 840 494 | Winkipinki | Graphic Artwork |
| VA 636-581 | Zashikibuta | Stickers |



## Sanrio Company, Ltd.
## Trademark Registrations

| Trademark | International Class | Registration Date | Registration Number |
|---|---|---|---|
| Hello Color | 28 | September 24, 1985 | 1362142 |
| Hello Color (D) | 28 | October 8, 1985 | 1364632 |
| Hello Kitty | 28 | April 29, 1986 | 1391550 |
| Hello Kitty (D) | 28 | July 6, 1982 | 1200083 |
| Hello Kitty (D) | 28 | May 15, 1984 | 1277721 |
| Hello Kitty (D) | 28 | November 12, 1985 | 1370105 |
| Little Twin Stars | 28 | June 18, 1985 | 1341864 |
| My Melody | 28 | November 20, 1984 | 1305637 |
| Robby Rabbit | 28 | January 22, 1985 | 1315692 |
| Sanrio Logo Mark | 28 | August 14, 1984 | 1289682 |
| Sanrio Logo Mark | 28,41 | March 7, 1978 | 1086837 |
| Tuxedo Sam | 28 | September 11, 1984 | 1294163 |
| Tuxedo Sam (D) | 28 | May 13, 1986 | 1393190 |

EXHIBIT D



# DC COMICS
# COPYRIGHT REGISTRATIONS

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| Txu 1-080-661 | DC Comics Anti-Piracy Guide | Style Guide |
| Txu 1-080-661 | Batman-Comic | Drawing |
| Txu 1-080-661 | Batman-Animated | Drawing |
| Txu 1-080-661 | Robin-Comic | Drawing |
| Txu 1-080-661 | Robin-Animated | Drawing |
| Txu 1-080-661 | Batman-Logo | Drawing |
| Txu 1-080-661 | Robin-Logo | Drawing |
| Txu 1-080-661 | Superman-Comic | Drawing |
| Txu 1-080-661 | Superman-Animated | Drawing |
| Txu 1-080-661 | Superman-Logo | Drawing |
| Txu 1-080-661 | Wonderwoman-Current Comic | Drawing |
| Txu 1-080-661 | Wonderwoman-Classic Comic | Drawing |
| Txu 1-080-661 | Wonderwoman-Animated | Drawing |
| Txu 1-080-661 | Wonderwoman-Logo | Drawing |
| Txu 1-080-661 | Supergirl-Retro Comic | Drawing |
| Txu 1-080-661 | Supergirl-Current Comic | Drawing |
| Txu 1-080-661 | Supergirl-Animated | Drawing |
| Txu 1-080-661 | Supergirl-Logo | Drawing |
| Txu 1-080-661 | Justice League | Drawing |
| Txu 1-080-661 | Green Lantern | Drawing |
| Txu 1-080-661 | The Flash | Drawing |

**- Exhibit E -**

# DC COMICS
# TRADEMARK REGISTRATIONS

| Trademark | Trademark Registration No. | Trademark Registration Date |
|---|---|---|
| Batman | 1,587,507 | March 20, 1990 |
| Batman & Robin | 2,171,937 | July 7, 1998 |
| Batman Beyond | 2,762,067 | September 9, 2003 |
| Catwoman | 3,181,586 | December 5, 2006 |
| Daily Planet | 3,018,523 | November 22, 2005 |
| Justice League | 2,992,012 | September 20, 2005 |
| S | 1,200,394 | July 6, 1982 |
| S | 1,197,814 | June 15, 1982 |
| S | 1,200,233 | July 6, 1982 |
| S | 2,226,415 | February 23, 1999 |
| Smallville | 2,882,881 | September 7, 2004 |
| Super Friends | 2,861,443 | July 6, 2004 |
| Superman | 1,180,068 | December 1, 1981 |
| Superman | 1,175,907 | November 3, 1981 |
| Superman | 1,185,526 | January 12, 1982 |
| The Riddler | 2,432,437 | March 6, 2001 |

**- Exhibit F -**



## *Hanna-Barbera*
## *Copyright Registrations*

| | | |
|---|---|---|
| Vau 459-489 | George (Jetson) | Style Guide |
| Vau 459-489 | Jane | Style Guide |
| Vau 459-489 | Elroy | Style Guide |
| Vau 459-489 | Judy | Style Guide |
| Vau 459-489 | Astro | Style Guide |
| Vau 459-489 | Rosie | Style Guide |
| Vau 459-489 | Top Cat | Style Guide |
| Vau 459-489 | Fancy Fancy | Style Guide |
| Vau 459-489 | Spook | Style Guide |
| Vau 459-489 | Choo-Choo | Style Guide |
| Vau 459-489 | Brain | Style Guide |
| Vau 459-489 | Benny the Ball | Style Guide |
| Vau 459-489 | Officer Dibble | Style Guide |
| Vau 459-489 | Penelope Pitstop | Style Guide |
| Vau 459-489 | Peter Perfect | Style Guide |
| Vau 459-489 | Private Meekly | Style Guide |
| Vau 459-489 | Sgt. Blast | Style Guide |
| Vau 459-489 | Professor Pat. Pending | Style Guide |
| Vau 459-489 | Red Max | Style Guide |
| Vau 459-489 | Space Ghost | Style Guide |
| Vau 459-489 | Moltar | Style Guide |
| Vau 459-489 | Zorak | Style Guide |
| Vau 459-489 | Brak | Style Guide |

Exhibit G

H

### *Hanna–Barbera*
### *Trademark Registrations*

| Registration No. | Title of Work | Registration Date | Int'l Class |
|---|---|---|---|
| 1,969,786 | Bamm-Bamm | 23-Apr-96 | 28 |
| 2,196,061 | Cow and Chicken | 13-Oct-98 | 41 |
| 1,726,751 | Dark Water | 20-Oct-92 | 41 |
| 1,909,814 | Flintstones | 8-Aug-95 | 28 |
| 1,424,343 | Huckleberry Hound | 6-Jan-87 | 41 |
| 2,918,048 | Inch High Private Eye | 11-Jan-05 | 41 |
| 3,001,663 | JellyStone Park | 27-Sep-05 | 28 |
| 1,714,065 | JellyStone Park | 8-Sep-92 | 41 |
| 2,100,654 | Johnny Bravo | 30-Sep-97 | 41 |
| 1,504,324 | Jonny Quest | 13-Sep-88 | 41 |
| 2,193,923 | Justice Friends | 6-Oct-98 | 41 |
| 1,422,306 | Magilla Gorilla | 23-Dec-86 | 41 |
| 0879594 Serial Number (78817548) | Pebbles | 28-Oct-69 | 28 |
| 2,071,935 | Quick Draw McGraw | 17-Jun-97 | 41 |
| 2,902,799 | Scooby Doo | 16-Nov-04 | 41 |
| 1,579,527 | Scooby Doo | 23-Jan-90 | 41 |
| 2,698,650 | Scooby Doo | 18-Mar-03 | 41 |
| 2,704,281 | Scooby Snacks | 8-Apr-03 | 28 |
| 2,574,601 | Scooby-Doo | 28-May-02 | 28 |
| 2,713,474 | SD | 6-May-03 | 28 |
| 2,219,284 | Spaceghost | 19-Jan-99 | 41 |
| 1,913,837 | Super Secret Secret Squirrel | 22-Aug-95 | 41 |
| 2,122,994 | The Jetsons | 23-Dec-97 | 28 |
| 1,561,497 | The Jetsons | 17-Oct-89 | 41 |
| 2,717,490 | The Mystery Machine | 20-May-03 | 28 |
| 1,799,749 | The Pirates of Dark Water | 19-Oct-93 | 41 |
| 2,117,540 | Top Cat | 2-Dec-97 | 28 |
| 2,115,655 | Top Cat | 25-Nov-97 | 41 |
| 2,754,220 | What's New Scooby-Doo | 19-Aug-03 | 41 |
| 2,927,910 | Yogi Bear | 22-Feb-05 | 28 |
| 1,424,342 | Yogi Bear | 6-Jan-87 | 41 |