J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Alexandra E. Ciganer (SBN 241880)
alexa@coombspc.com
J. Andrew Coombs, A P.C.
450 N. Brand Blvd, Suite 600
Glendale, California 91203-2349
Telephone: (818) 291-6444
Facsimile: (818) 291-6446

Michael W.O. Holihan, Esq.
Michael W.O. Holihan, P.A.
1101 N. Lake Destiny Drive, # 350
Maitland, Florida 32751
Telephone: (407) 660-8575
Facsimile: (407) 550-0510

Attorneys for Plaintiffs Disney
Enterprises, Inc., Sanrio, Inc., DC Comics,
Hanna-Barbera Productions, Inc. and
Warner Bros. Entertainment Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Disney Enterprises, Inc., Sanrio, Inc., DC
Comics, Hanna-Barbera Productions, Inc. and
Warner Bros. Entertainment Inc.,

         Plaintiffs,

   v.

Bouncin Bins, Inc., Tom Mahaney and Does 1-
10, inclusive,

         Defendants.

Case No. C 07 2771 EDL

PLAINTIFF'S NOTICE OF
INTERESTED PARTIES

LOCAL RULE 7.1-1

    The undersigned, counsel of record for Plaintiffs, Disney Enterprises, Inc., Sanrio, Inc., DC Comics, Hanna-Barbera Productions, Inc. and Warner Bros. Entertainment Inc., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. **THE WALT DISNEY COMPANY**
2. **DISNEY ENTERPRISES, INC.**
3. **SANRIO, CO., LTD.**
4. **SANRIO, INC.**

Disney, et al. v. Bouncin Bins: Notice of Interested Parties    - 1 -

1
2
3
4
5
6

    5. DC COMICS
    6. HANNA-BARBERA PRODUCTIONS, INC.
    7. TIME WARNER, INC.
    8. WARNER BROS. ENTERTAINMENT INC.
    9. BOUNCIN BINS, INC.
    10. TOM MAHANEY

DATED: May 23, 2007

J. Andrew Coombs, A Professional Corp.

By: _____
    J. Andrew Coombs
    Alexandra E. Ciganer
Attorneys for Warner Bros. Entertainment Inc.