1   J. Andrew Coombs (SBN 123881)
    *andy@coombspc.com*
2   Alexandra E. Ciganer (SBN 241880)
    *alexa@coombspc.com*
3   J. Andrew Coombs, A P.C.
    450 N. Brand Blvd, Suite 600
4   Glendale, California 91203-2349
    Telephone: (818) 291-6444
5   Facsimile: (818) 291-6446

6   Michael W.O. Holihan, Esq.
    Michael W.O. Holihan, P.A.
7   1101 N. Lake Destiny Drive, # 350
    Maitland, Florida 32751
8   Telephone: (407) 660-8575
    Facsimile: (407) 550-0510
9
    Attorneys for Plaintiffs Disney
10  Enterprises, Inc., Sanrio, Inc., DC Comics,
    Hanna-Barbera Productions, Inc. and
11  Warner Bros. Entertainment Inc.

12

**FILED**
07 MAY 25 PM 3: 24
CHAPE... U.S DIS... ...ING
... COURT
...RNIA

**E-filing**

**EDL**

**FILED BY FAX**

13              UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA

**C 07   2771**

15  Disney Enterprises, Inc., Sanrio, Inc., DC    )   Case No.
16  Comics, Hanna-Barbera Productions, Inc. and   )
    Warner Bros. Entertainment Inc.,              )   DECLARATION RE JOINDER
17                                                )
                                                  )   Local Rule 19-2
    Plaintiffs,                                   )
18                                                )
19      v.                                        )
                                                  )
20  Bouncin Bins, Inc., Tom Mahaney and Does 1-   )
    10, inclusive,                                )
21                                                )
         Defendants.                              )
                                                  )
22

23          **DECLARATION OF J. ANDREW COOMBS**

24      I, J. ANDREW COOMBS, declare as follows:

25      1.      I am an attorney at law, duly admitted to practice before the Courts of the State of

26  California and the United States District Court for the Northern District of California. I am an

    attorney for Plaintiffs Disney Enterprises, Inc., Sanrio, Inc., DC Comics, Hanna-Barbera
27
    Productions, Inc. and Warner Bros. Entertainment Inc., (collectively "Plaintiffs"), in an action styled
28

    Disney, et al. v. Bouncin Bins : Declaration re Joinder          - 1 -

1  Disney Enterprises, Inc., et al. v. Bouncin Bins, et al. I submit this Declaration supporting joinder of

2  the copyright, trademark and related claims in one action, as provided by Local Rule 19-2 of the

3  United States District Court for the Central District of California, formerly Local Rule 3.7.2.2

4  (hereinafter Rule 19-2). Except as otherwise expressly stated to the contrary, I have personal

5  knowledge of the following facts and, if called as a witness I could and would competently testify
   thereto.

6       2.     The interests of justice will be advanced through joinder of Plaintiffs' claims for

7  copyright infringement for the following reasons:

8       a.     First, I am informed and believe that the Defendants' mode of conducting

9  business requires the Plaintiffs to act in concert. It is far more likely that the Plaintiffs will

10 succeed in coordinating these enforcement efforts where relief is sought in one action, in one

11 proceeding, before one Court. Even were separate actions "related," which is not certain, it
   would still remain possible that proceedings would not necessarily proceed on the same

12 schedule.

13      b.     Second, the interests of justice are served because the Plaintiffs seek to

14 vindicate similar rights. While different intellectual properties are involved, my experience

15 with similar cases suggests that the most vigorously contested issues will involve Defendants

16 conduct, intent and ability to compensate Plaintiffs for their acts. These issues will be the

17 same with respect to each Plaintiff. Accordingly, not only are the interests of justice
   advanced through joinder, the risk of prejudice is reduced and judicial economies are

18 advanced.

19      c.     Accordingly, joinder of the Plaintiffs' claims herein will avoid a multiplicity

20 of actions involving substantially the same issues, the same preliminary procedures and the

21 same final relief.

22      I declare under penalty of perjury under the laws of the United States of America that the

23 foregoing is true and correct.

        Executed this 2ᵈ day of May, 2007, at Glendale, California.

24

25

26                                      J. ANDREW COOMBS

27

28