J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Alexandra E. Ciganer (SBN 241880)
alexa@coombspc.com
J. Andrew Coombs, A P.C.
450 N. Brand Blvd, Suite 600
Glendale, California 91203-2349
Telephone: (818) 291-6444
Facsimile: (818) 291-6446

Michael W.O. Holihan, Esq.
Michael W.O. Holihan, P.A.
1101 N. Lake Destiny Drive, # 350
Maitland, Florida
Telephone: (407) 660-8575
Facsimile: (407) 550-0510

Attorneys for Plaintiffs Disney
Enterprises, Inc., Sanrio, Inc., DC Comics,
Hanna-Barbera Productions, Inc. and
Warner Bros. Entertainment Inc.

FILED
07 MAY 25 PM 3:23

EDL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Disney Enterprises, Inc., Sanrio, Inc., DC Comics, Hanna-Barbera Productions, Inc. and Warner Bros. Entertainment Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Bouncin Bins, Inc., and Does 1-10, inclusive, <br><br> Defendants. | Case No. C 07 2771 <br><br> PLAINTIFF'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

**REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United

///

///

///

///

Disney, et al. v. Bouncin Bins: Declination to Proceed Before Magistrate      - 1 -

1  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case
2  to a United States District Judge.

4  Dated: May 24, 2007                J. Andrew Coombs, A Professional Corp.

6                                      By: _____
                                            J. Andrew Coombs
7                                           Alexandra E. Ciganer
                                            Attorneys for Plaintiffs Disney Enterprises, Inc.,
8                                           Sanrio, Inc., DC Comics, Hanna-Barbera Productions,
                                            Inc., and Warner Bros. Entertainment Inc.