```
 1   J. Andrew Coombs (SBN 123881)
     andy@coombspc.com
 2   Annie S. Wang (SBN 243027)
     annie@coombspc.com
 3   J. Andrew Coombs, A P.C.
     450 N. Brand Blvd, Suite 600
 4   Glendale, California 91203-2349
     Telephone:  (818) 291-6444
 5   Facsimile:   (818) 291-6446

 6   Michael W.O. Holihan, Esq.
     Michael W.O. Holihan, P.A.
 7   1101 N. Lake Destiny Drive, # 350
     Maitland, Florida 32751
 8   Telephone: (407) 660-8575
     Facsimile:  (407) 550-0510
 9
     Attorneys for Plaintiffs Disney
10   Enterprises, Inc., Sanrio, Inc., DC Comics,
     Hanna-Barbera Productions, Inc. and
11   Warner Bros. Entertainment Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Disney Enterprises, Inc., Sanrio, Inc., DC Comics, Hanna-Barbera Productions, Inc. and Warner Bros. Entertainment Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>Bouncin Bins, Inc., Tom Mahaney and Does 1-10, inclusive,<br><br>Defendants. | Case No. C 07-02771 JSW<br><br>NOTICE OF ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT |
|---|---|

TO DEFENDANT BOUNCIN BINS:

PLEASE TAKE NOTICE THAT the Court entered its Order in relation to the above-captioned action on June 19, 2007.  A copy of the Order is attached.

Dated: June 29 2007

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiffs Disney Enterprises, Inc., Sanrio, Inc., DC Comics, Hanna-Barbera Productions, Inc., and Warner Bros. Entertainment Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES INC,<br><br>Plaintiff,<br><br>v.<br><br>BOUNCIN BINS INC,<br><br>Defendant. | No. C 07-02771 JSW<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable Jeffrey S. White, it is hereby ordered that, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management Conference shall be held in this case on August 24, 2007, at 1:30 p.m., in Courtroom 2, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Plaintiff(s) shall serve copies of this Order immediately on all parties to this action, and on any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5. Following service, plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in accordance with Civil L. R. 5-6(a).

The parties shall appear through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates.

The parties shall file a joint case management statement no later than **five (5) court days** prior to the conference. The joint case management statement shall address all of the topics set forth in the Standing Order for All Judges of the Northern District of California - *Contents of Joint Case*

*Management Statement*, which can be found on the Court's website located at http://www.cand.uscourts.gov. *See* N.D. Civ L.R. 16-9. If any one or more of the parties is proceeding without counsel, the parties may file separate case management statements. Separate statements my also address all of the topics set forth in the Standing Order referenced above. Any request to reschedule the date of the conference shall be made in writing, and by stipulation if possible, at least ten (10) calendar days before the date of the conference and must be based upon good cause. In order to assist the Court in evaluating any need for disqualification or recusal, the parties shall disclose to the Court the identities of any person, associations, firms, partnerships, corporations or other entities known by the parties to have either (1) financial interest in the subject matter at issue or in a party to the proceeding; or (2) any other kind of interest that could be substantially affected by the outcome of the proceeding. If disclosure of non-party interested entities or persons has already been made as required by Civil L. R. 3-16, the parties may simply reference the pleading or document in which the disclosure was made. In this regard, counsel are referred to the Court's Recusal Order posted on the Court website at the Judges Information link at http://www.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: June 19, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 450 North Brand Boulevard, Suite 600, Glendale, California 91203-2349.

On June 20, 2007 I served on the interested parties in this action with the:

NOTICE OF ORDER SETTING CASE MANAGEMENT CONFERENCE
AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE
STATEMENT

for the following civil action:

DISNEY ENTERPRISES, INC., et al. v. BOUNCIN BINS, INC., et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Tom Mahaney<br>24236 Willis Creek Street<br>Caldwell, ID 83607 | Bouncin Bins<br>717 South 7th St., Suite B<br>Modesto, CA 95358 |
| Michael W.O. Holihan, Esq.<br>Michael W.O. Holihan, P.A.<br>1101 N. Lake Destiny Drive, # 350<br>Maitland, Florida 32751 | |

Place of Mailing: Glendale, California
Executed on June 20, 2007 at Glendale, California

_____
Jeremy Cordero