```
 1   J. Andrew Coombs (SBN 123881)
     andy@coombspc.com
 2   Annie S. Wang (SBN 243027)
     annie@coombspc.com
 3   J. Andrew Coombs, A P.C.
     517 East Wilson Avenue, Suite 202
 4   Glendale, California 91206
     Telephone: (818) 500-3200
 5   Facsimile:  (818) 500-3201

 6   Michael W.O. Holihan, Esq.
     Michael W.O. Holihan, P.A.
 7   1101 N. Lake Destiny Drive, # 350
     Maitland, Florida 32751
 8   Telephone: (407) 660-8575
     Facsimile: (407) 550-0510
 9
     Attorneys for Plaintiffs Disney
10   Enterprises, Inc., Sanrio, Inc., DC Comics,
     Hanna-Barbera Productions, Inc. and
11   Warner Bros. Entertainment Inc.

12   Tom Mahaney
     Bouncin Bins, Inc.
13   24236 Willis Creek Street
     Caldwell, ID 83607
14
     Defendants, in pro se
15                                  UNITED STATES DISTRICT COURT

16                                  NORTHERN DISTRICT OF CALIFORNIA

17   Disney Enterprises, Inc., et al.        )   Case No. C 07-02771 JSW
                                              )
18                   Plaintiffs,              )   STIPULATION TO CONTINUE CASE
              v.                              )   MANAGEMENT CONFERENCE;
19                                            )   [PROPOSED] ORDER
     Bouncin Bins, Inc., et al,               )
20                                            )
                     Defendants.              )
21   _____)

22        Plaintiffs Disney Enterprises, Inc., Sanrio, Inc., DC Comics, Hanna-Barbera Productions,

23   Inc. and Warner Bros. Entertainment Inc. (collectively "Plaintiffs") by and through their counsel of

24   record, Annie Wang, of J. Andrew Coombs, A P.C., and Defendants Bouncin Bins, Inc. and Tom

25   Mahaney (collectively "Defendants"), hereby stipulate and agree as follows:

26        WHEREAS the Complaint was filed in the above-captioned matter on or about May 25,

27   2007;
28
```

Disney, et al. v. Bouncin Bins, et al.: Stip. to Continue CMC        - 1 -

1  WHEREAS the Parties conducted their early meeting on or about August 3, 2007;

2  WHEREAS the Parties have agreed as to the principal terms of settlement and are in the process of drafting settlement documents;

3  WHEREAS the request herein will not affect any other dates set in this matter as no other dates have been set; and

4  NOW, THEREFORE, Plaintiffs and Defendants stipulate and request that the Court continue the Case Management Conference currently set for August 24, 2007, to October 12, 2007, or a date thereafter acceptable to the Court.

Dated: _____, 2007

J. Andrew Coombs, A Professional Corp.

_____
J. Andrew Coombs
Annie Wang
Attorneys for Plaintiffs Disney Enterprises, Inc., Sanrio, Inc., DC Comics, Hanna-Barbera Productions, Inc., and Warner Bros. Entertainment Inc.

Dated: Aug 9th, 2007

Tom Mahaney

_____
Tom Mahaney
Defendant, in pro se

Dated: Aug 9th, 2007

Bouncin Bins, Inc.

_____
Tom Mahaney on behalf of Bouncin Bins, Inc.
Its: President
Defendant, in pro se

PURSUANT TO STIPULATION, IT IS SO ORDERED:

_____
Hon. Jeffrey S. White
Judge, United States District Court, Northern District of California

Disney, et al. v. Bouncin Bins, et al.: Stip. to Continue CMC    - 2 -

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

On August 9, 2007 I served on the interested parties in this action with the:

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED ORDER]

for the following civil action:

DISNEY ENTERPRISES, INC., et al. v. BOUNCIN BINS, INC., et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Tom Mahaney<br>24236 Willis Creek Street<br>Caldwell, Idaho 83607 | Bouncin Bins<br>717 South 7th St., Suite B<br>Modesto, California 95358 |
| Michael W.O. Holihan, Esq.<br>Michael W.O. Holihan, P.A.<br>1101 N. Lake Destiny Drive, # 350<br>Maitland, Florida 32751 | |

Place of Mailing: Glendale, California
Executed on August 9, 2007 at Glendale, California

_____
Katrina Bartolome