1  J. Andrew Coombs (SBN 123881)
   andy@coombspc.com
2  Annie S. Wang (SBN 243027)
   annie@coombspc.com
3  J. Andrew Coombs, A Prof. Corp.
   517 E. Wilson Ave., Suite 202
4  Glendale, California 91206
   Telephone (818) 500-3200
5  Facsimile (818) 500-3201

6  Attorneys for Plaintiffs Disney
   Enterprises, Inc., Sanrio, Inc., DC Comics,
7  Hanna-Barbera Productions, Inc. and
   Warner Bros. Entertainment Inc.
8

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

| Disney Enterprises, Inc., Sanrio, Inc., DC Comics, Hanna-Barbera Productions, Inc. and Warner Bros. Entertainment Inc., | ) ) ) | Case No. C07-02771 JSW |
|---|---|---|
| Plaintiffs, | ) ) ) | NOTICE OF CHANGE OF ADDRESS |
| v. | ) ) | |
| Bouncin Bins, Inc., Tom Mahaney and Does 1-10, inclusive, | ) ) ) | |
| Defendants. | ) | |

   PLEASE TAKE NOTICE effective immediately, the address, phone and facsimile numbers of Plaintiff's counsel have been changed to:

   J. Andrew Coombs, A Professional Corporation
   517 E. Wilson Ave., Suite 202
   Glendale, California 91206
   Telephone: (818) 500-3200
   Facsimile: (818) 500-3201

Dated: August 9, 2007        J. Andrew Coombs, A Professional Corp.

                             By: _____
                                 J. Andrew Coombs
                                 Annie S. Wang
                             Attorneys for Plaintiffs Disney Enterprises, Inc.,
                             Sanrio, Inc., DC Comics, Hanna-Barbera Productions,
                             Inc. and Warner Bros. Entertainment Inc.

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

On August 9, 2007 I served on the interested parties in this action with the:

NOTICE OF CHANGE OF ADDRESS

for the following civil action:

DISNEY ENTERPRISES, INC., et al. v. BOUNCIN BINS, INC., et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Tom Mahaney<br>24236 Willis Creek Street<br>Caldwell, Idaho 83607 | Bouncin Bins<br>717 South 7th St., Suite B<br>Modesto, California 95358 |
|---|---|
| Michael W.O. Holihan, Esq.<br>Michael W.O. Holihan, P.A.<br>1101 N. Lake Destiny Drive, # 350<br>Maitland, Florida 32751 | |

Place of Mailing: Glendale, California
Executed on August 9, 2007 at Glendale, California

_____
Katrina Bartolome