J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A P.C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Michael W.O. Holihan, Esq.
Michael W.O. Holihan, P.A.
1101 N. Lake Destiny Drive, # 350
Maitland, Florida 32751
Telephone: (407) 660-8575
Facsimile: (407) 550-0510

Attorneys for Plaintiffs Disney
Enterprises, Inc., Sanrio, Inc., DC Comics,
Hanna-Barbera Productions, Inc. and
Warner Bros. Entertainment Inc.

Tom Mahaney
Bouncin Bins, Inc.
24236 Willis Creek Street
Caldwell, ID 83607

Defendants, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Disney Enterprises, Inc., et al. ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> Bouncin Bins, Inc., et al, ) <br> ) <br> Defendants. ) | Case No. C 07-02771 JSW <br><br> STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |

    Plaintiffs Disney Enterprises, Inc., Sanrio, Inc., DC Comics, Hanna-Barbera Productions, Inc. and Warner Bros. Entertainment Inc. (collectively "Plaintiffs") by and through their counsel of record, Annie Wang, of J. Andrew Coombs, A P.C., and Defendants Bouncin Bins, Inc. and Tom Mahaney (collectively "Defendants"), hereby stipulate and agree as follows:

    WHEREAS the Complaint was filed in the above-captioned matter on or about May 25, 2007;

1  WHEREAS the Parties conducted their early meeting on or about August 3, 2007;

2  WHEREAS the Parties have agreed as to the principal terms of settlement and are in the process of drafting settlement documents;

3  WHEREAS the request herein will not affect any other dates set in this matter as no other dates have been set; and

4  NOW, THEREFORE, Plaintiffs and Defendants stipulate and request that the Court continue the Case Management Conference currently set for August 24, 2007, to October 12, 2007, or a date thereafter acceptable to the Court.

Dated: _Aug 9_, 2007        J. Andrew Coombs, A Professional Corp.

_____
J. Andrew Coombs
Annie Wang
Attorneys for Plaintiffs Disney Enterprises, Inc.,
Sanrio, Inc., DC Comics, Hanna-Barbera Productions,
Inc., and Warner Bros. Entertainment Inc.

Dated: _Aug 9th_, 2007        Tom Mahaney

_____
Tom Mahaney
Defendant, in pro se

Dated: _Aug 9th_, 2007        Bouncin Bins, Inc.

_____
Tom Mahaney on behalf of Bouncin Bins, Inc.
Its: President
Defendant, in pro se

PURSUANT TO STIPULATION, IT IS SO ORDERED:

August 10, 2007

_____
Hon. Jeffrey S. White
Judge, United States District Court, Northern District of California

Disney, et al. v. Bouncin Bins, et al.: Stip. to Continue CMC        - 2 -