J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A P.C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Michael W.O. Holihan, Esq.
Michael W.O. Holihan, P.A.
1101 N. Lake Destiny Drive, # 350
Maitland, Florida 32751
Telephone: (407) 660-8575
Facsimile: (407) 550-0510

Attorneys for Plaintiffs Disney
Enterprises, Inc., Sanrio, Inc., DC Comics,
Hanna-Barbera Productions, Inc. and
Warner Bros. Entertainment Inc.

Tom Mahaney
Bouncin Bins, Inc.
24236 Willis Creek Street
Caldwell, ID 83607

Defendants, *in pro se*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Disney Enterprises, Inc., et al. | ) | Case No. C 07-02771 JSW |
| Plaintiffs, | ) | |
| v. | ) ) ) | JOINT STIPULATION RE ENTRY OF PROPOSED CONSENT DECREE |
| Bouncin Bins, Inc., Tom Mahaney and Does 1-10, inclusive, | ) ) ) | |
| Defendants. | ) ) | |

WHEREAS, Plaintiffs Disney Enterprises, Inc., Sanrio, Inc., DC Comics, Hanna-Barbera

Productions, Inc., and Warner Bros. Entertainment Inc. (collectively "Plaintiffs") having filed a

Complaint in this action charging, among others, Defendants Bouncin Bins, Inc. and Tom Mahaney

(collectively "Defendants"), with liability for trademark infringement, copyright infringement,

violation of section 43(a) of Lanham Trademark Act - unfair competition, violation of section 43(c) of Lanham Trademark Act - trademark dilution, and unfair competition under California common law and under the California Unfair Business Practices Act, Cal. Bus. & Prof. Code § 17200 et seq., and the parties hereto desiring and having agreed to settle the controversy between them;

Plaintiffs, by and through their counsel of record and the Defendants, *in pro se*, stipulate and agree as follows:

1. On or about May 25, 2007, Plaintiffs filed this Action asserting claims pursuant to, among other authorities, 28 U.S.C. §§ 1331, 1333 and 1345. This Court has personal jurisdiction over the Defendants, who waive all objections and defenses that they may have to the jurisdiction of this Court.

2. The Defendants stipulate not to appeal the Consent Decree entered pursuant to the Stipulation and hereby waive all rights to appeal from it. The Defendants hereby waive any rights which they may have to request or to have a new trial or any rights which they may have to otherwise challenge, directly or collaterally, the Judgment entered pursuant to the terms of this Stipulation, unless there is a breach by Plaintiffs of the Release and Settlement Agreement and this Stipulation.

3. The Defendants acknowledge that they have completely read the terms of this Stipulation and the [Proposed] Consent Decree and fully understand the terms and consequences of this Stipulation.

4. The waiver by a party to this Stipulation of the performance of any covenant, condition or promise herein shall not invalidate this Stipulation nor shall any such waiver be construed as a waiver or relinquishment of the performance of any other covenant, condition or promise in this Stipulation.

1      5.   This Stipulation may be amended or modified only by a written instrument signed by all

2    the Parties.

3      6.   This Stipulation shall be binding on and inure to the benefit of the Parties to it, their

4    successors, heirs or assignees.

5

6      7.   A true copy of the [Proposed] Consent Decree is attached hereto as Exhibit A.

7      IT IS SO STIPULATED by the parties hereto:

8

9    DATED: August 10, 2007                J. Andrew Coombs, A Professional Corp.

10

11

12                                          By: _____

13                                               J. Andrew Coombs
                                            Attorney for Plaintiffs Disney Enterprises, Inc., Sanrio,
                                            Inc., DC Comics, Hanna-Barbera Productions, Inc. and
14                                          Warner Bros. Entertainment Inc.

15   DATED:  August 10, 2007                Tom Mahaney

16

17                                          By: _____
                                                 Tom Mahaney
18                                          Defendant, *in pro se*

19   DATED:  August 10, 2007                Bouncin Bins

20

21                                          By: _____
                                                 Tom Mahaney on behalf of Bouncin Bins
22                                          Its:  President
                                            Defendant, *in pro se*
23

24   IT IS SO ORDERED:

25   DATED:

26                                          _____
                                            Hon. Jeffrey S. White
27                                          Judge, United States District Court for the Northern
                                            District of California
28