## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On August 31, 2007 I served on the interested parties in this action with the:

- [PROPOSED] CONSENT DECREE PURSUANT TO STIPULATION
- JOINT STIPULATION RE ENTRY OF PROPOSED CONSENT DECREE

for the following civil action:

<u>Disney Enterprises, Inc., et al. v. Bouncin Bins, Inc. et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Tom Mahaney
Bouncin Bins, Inc.
24236 Willis Creek Street
Caldwell, ID 83607

Place of Mailing: Glendale, California
Executed on August 31, 2007 at Glendale, California

_____
/Katrina Bartolome