IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DISNEY ENTERPRISES INC., et al.

    Plaintiff,

    v.

BOUNCIN BINS, INC., et al.

    Defendants.

No. C 07-02771 JSW

**ORDER RE JOINT STIPULATION RE ENTRY OF PROPOSED CONSENT DECREE**

    The Court has received the Joint Stipulation re Entry of Proposed Consent Decree and the Proposed Consent Decree submitted by Plaintiffs and Defendants on August 31, 2007. It appears that Defendant Bouncin Bins, Inc. is not represented by counsel. Although the Court has no desire to upset the agreement reached, Bouncin Bins, Inc. is a corporation and cannot represent itself. *See Rowland v. California Men's Colony,* 506 U.S. 194, 201-02 (1993); Civil Local Rule 3-9(b).

    Accordingly, the Court cannot enter the proposed consent decree to the extent it pertains to Bouncin Bins, Inc. As such, this matter will remain on the Court's case management calendar on October 12, 2007 at 1:30 p.m., and the parties shall be prepared to address this situation at that time.

**IT IS SO ORDERED.**

Dated: September 10, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE