J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A P.C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Michael W.O. Holihan, Esq.
Michael W.O. Holihan, P.A.
1101 N. Lake Destiny Drive, # 350
Maitland, Florida 32751
Telephone: (407) 660-8575
Facsimile: (407) 550-0510

Attorneys for Plaintiffs Disney
Enterprises, Inc., Sanrio, Inc., DC Comics,
Hanna-Barbera Productions, Inc. and
Warner Bros. Entertainment Inc.

Tom Mahaney
Bouncin Bins, Inc.
24236 Willis Creek Street
Caldwell, ID 83607

Defendant, *in pro se*

William Bart Barringer
Mayol & Barringer
P O Box 3049
Modesto, CA 95353
Telephone: (209) 544-9555

Attorney for Bouncin Bins, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Disney Enterprises, Inc., et al.<br><br>    Plaintiffs,<br>v.<br>Bouncin Bins, Inc., et al.<br><br>    Defendants. | Case No. C 07-02771 JSW<br><br>AMENDED JOINT STIPULATION RE ENTRY OF PROPOSED CONSENT DECREE |

WHEREAS, Plaintiffs Disney Enterprises, Inc., Sanrio, Inc., DC Comics, Hanna-Barbera Productions, Inc., and Warner Bros. Entertainment Inc. (collectively "Plaintiffs") having filed a

Complaint in this action charging, among others, Defendants Bouncin Bins, Inc. and Tom Mahaney (collectively "Defendants"), with liability for trademark infringement, copyright infringement, violation of section 43(a) of Lanham Trademark Act - unfair competition, violation of section 43(c) of Lanham Trademark Act - trademark dilution, and unfair competition under California common law and under the California Unfair Business Practices Act, Cal. Bus. & Prof. Code § 17200 et seq., and the parties hereto desiring and having agreed to settle the controversy between them;

Plaintiffs, by and through their counsel of record and the Defendants, *in pro se*, stipulate and agree as follows:

1. On or about May 25, 2007, Plaintiffs filed this Action asserting claims pursuant to, among other authorities, 28 U.S.C. §§ 1331, 1333 and 1345. This Court has personal jurisdiction over the Defendants, who waive all objections and defenses that they may have to the jurisdiction of this Court.

2. The Defendants stipulate not to appeal the Consent Decree entered pursuant to the Stipulation and hereby waive all rights to appeal from it. The Defendants hereby waive any rights which they may have to request or to have a new trial or any rights which they may have to otherwise challenge, directly or collaterally, the Judgment entered pursuant to the terms of this Stipulation, unless there is a breach by Plaintiffs of the Release and Settlement Agreement and this Stipulation.

3. The Defendants acknowledge that they have completely read the terms of this Stipulation and the [Proposed] Consent Decree and fully understand the terms and consequences of this Stipulation.

4. The waiver by a party to this Stipulation of the performance of any covenant, condition or promise herein shall not invalidate this Stipulation nor shall any such waiver be construed as a

waiver or relinquishment of the performance of any other covenant, condition or promise in this Stipulation.

5. This Stipulation may be amended or modified only by a written instrument signed by all the Parties.

6. This Stipulation shall be binding on and inure to the benefit of the Parties to it, their successors, heirs or assignees.

7. A true copy of the [Proposed] Consent Decree is attached hereto as Exhibit A.

IT IS SO STIPULATED by the parties hereto:

DATED: September 11, 2007          J. Andrew Coombs, A Professional Corp.

                                   By: _____
                                       J. Andrew Coombs
                                   Attorney for Plaintiffs Disney Enterprises, Inc., Sanrio,
                                   Inc., DC Comics, Hanna-Barbera Productions, Inc. and
                                   Warner Bros. Entertainment Inc.

DATED: September 11, 2007          Tom Mahaney

                                   By: _____
                                       Tom Mahaney
                                   Defendant, in pro se

DATED: September 11, 2007          Mayol & Barringer

                                   By: _____
                                       William Bart Barringer
                                   Attorney for Defendant Bouncin Bins, Inc.

IT IS SO ORDERED:

DATED:

                                   _____
                                   Hon. Jeffrey S. White
                                   Judge, United States District Court for the Northern
                                   District of California

Disney, et al. v. Bouncin Bins, et al.: Joint Stipulation for Entry of     - 3 -
Consent Decree

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

On September 12, 2007 I served on the interested parties in this action with the:

- [PROPOSED] CONSENT DECREE PURSUANT TO STIPULATION
  - AMENDED JOINT STIPULATION RE ENTRY OF PROPOSED CONSENT DECREE

for the following civil action:

DISNEY ENTERPRISES, INC., et al. v. BOUNCIN BINS, INC., et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Tom Mahaney<br>24236 Willis Creek Street<br>Caldwell, Idaho 83607 | William Bart Barringer<br>Mayol & Barringer<br>P O Box 3049<br>Modesto, California 95353 |
| --- | --- |
| Michael W.O. Holihan, Esq.<br>Michael W.O. Holihan, P.A.<br>1101 N. Lake Destiny Drive, # 350<br>Maitland, Florida 32751 | |

Place of Mailing: Glendale, California
Executed on September 12, 2007 at Glendale, California

_____
Katrina Bartolome