J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A P.C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Michael W.O. Holihan, Esq.
Michael W.O. Holihan, P.A.
1101 N. Lake Destiny Drive, # 350
Maitland, Florida 32751
Telephone: (407) 660-8575
Facsimile: (407) 550-0510

Attorneys for Plaintiffs Disney Enterprises, Inc., Sanrio, Inc., DC Comics, Hanna-Barbera Productions, Inc. and Warner Bros. Entertainment Inc.

Tom Mahaney
Bouncin Bins, Inc.
24236 Willis Creek Street
Caldwell, ID 83607

Defendant, *in pro se*

William Bart Barringer
Mayol & Barringer
P O Box 3049
Modesto, CA 95353
Telephone: (209) 544-9555

Attorney for Bouncin Bins, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Disney Enterprises, Inc., et al.<br><br>Plaintiffs,<br>v.<br><br>Bouncin Bins, Inc., et al.<br><br>Defendants. | Case No. C 07-02771 JSW<br><br>AMENDED JOINT STIPULATION RE ENTRY OF PROPOSED CONSENT DECREE |

WHEREAS, Plaintiffs Disney Enterprises, Inc., Sanrio, Inc., DC Comics, Hanna-Barbera Productions, Inc., and Warner Bros. Entertainment Inc. (collectively "Plaintiffs") having filed a

Disney, et al. v. Bouncin Bins, et al.: Joint Stipulation for Entry of Consent Decree    - 1 -

Complaint in this action charging, among others, Defendants Bouncin Bins, Inc. and Tom Mahaney (collectively "Defendants"), with liability for trademark infringement, copyright infringement, violation of section 43(a) of Lanham Trademark Act - unfair competition, violation of section 43(c) of Lanham Trademark Act - trademark dilution, and unfair competition under California common law and under the California Unfair Business Practices Act, Cal. Bus. & Prof. Code § 17200 et seq., and the parties hereto desiring and having agreed to settle the controversy between them;

Plaintiffs, by and through their counsel of record and the Defendants, in pro se, stipulate and agree as follows:

1. On or about May 25, 2007, Plaintiffs filed this Action asserting claims pursuant to, among other authorities, 28 U.S.C. §§ 1331, 1333 and 1345. This Court has personal jurisdiction over the Defendants, who waive all objections and defenses that they may have to the jurisdiction of this Court.

2. The Defendants stipulate not to appeal the Consent Decree entered pursuant to the Stipulation and hereby waive all rights to appeal from it. The Defendants hereby waive any rights which they may have to request or to have a new trial or any rights which they may have to otherwise challenge, directly or collaterally, the Judgment entered pursuant to the terms of this Stipulation, unless there is a breach by Plaintiffs of the Release and Settlement Agreement and this Stipulation.

3. The Defendants acknowledge that they have completely read the terms of this Stipulation and the [Proposed] Consent Decree and fully understand the terms and consequences of this Stipulation.

4. The waiver by a party to this Stipulation of the performance of any covenant, condition or promise herein shall not invalidate this Stipulation nor shall any such waiver be construed as a

1  waiver or relinquishment of the performance of any other covenant, condition or promise in this
2  Stipulation.
3
4  5. This Stipulation may be amended or modified only by a written instrument signed by all
   the Parties.
5
6  6. This Stipulation shall be binding on and inure to the benefit of the Parties to it, their
7  successors, heirs or assignees.
8  7. A true copy of the [Proposed] Consent Decree is attached hereto as Exhibit A.
9  IT IS SO STIPULATED by the parties hereto:
10
11 DATED: September 11, 2007           J. Andrew Coombs, A Professional Corp.
12
13                                     By: _____
                                           J. Andrew Coombs
14                                     Attorney for Plaintiffs Disney Enterprises, Inc., Sanrio,
                                       Inc., DC Comics, Hanna-Barbera Productions, Inc. and
15                                     Warner Bros. Entertainment Inc.
16 DATED: September 11, 2007           Tom Mahaney
17
18                                     By: _____
                                           Tom Mahaney
19                                     Defendant, in pro se
20 DATED: September 11, 2007           Mayol & Barringer
21
22                                     By: _____
                                           William Bart Barringer
23                                     Attorney for Defendant Bouncin Bins, Inc.
24 IT IS SO ORDERED:
25 DATED:  September 12, 2007
                                       _____
26                                     Hon. Jeffrey S. White
                                       Judge, United States District Court for the Northern
27                                     District of California
28

Disney, et al. v. Bouncin Bins, et al.: Joint Stipulation for Entry of    - 3 -
Consent Decree