1  J. Andrew Coombs (SBN 123881)
   andy@coombspc.com
2  Annie S. Wang (SBN 243027)
   annie@coombspc.com
3  J. Andrew Coombs, A P.C.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile: (818) 500-3201

6  Michael W.O. Holihan, Esq.
   Michael W.O. Holihan, P.A.
7  1101 N. Lake Destiny Drive, # 350
   Maitland, Florida 32751
8  Telephone: (407) 660-8575
   Facsimile: (407) 550-0510
9
   Attorneys for Plaintiffs Disney
10 Enterprises, Inc., Sanrio, Inc., DC Comics,
   Hanna-Barbera Productions, Inc. and
11 Warner Bros. Entertainment Inc.

12 Tom Mahaney
   Bouncin Bins, Inc.
13 24236 Willis Creek Street
   Caldwell, ID 83607
14
   Defendant, *in pro se*
15
   William Bart Barringer
16 Mayol & Barringer
   P O Box 3049
17 Modesto, CA 95353
   Telephone: (209) 544-9555
18
   Attorney for Bouncin Bins, Inc.
19

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Disney Enterprises, Inc., et al., | ) Case No. C 07-02771 JSW |
|---|---|
| Plaintiffs, | ) [PROPOSED] CONSENT DECREE PURSUANT TO STIPULATION |
| v. | ) |
| Bouncin Bins, Inc., Tom Mahaney and Does 1-10, inclusive, | ) |
| Defendants. | ) |

Disney, et al. v. Bouncin Bins, et al.: Stipulated Consent Decree        - 1 -

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree that has been executed on behalf of Plaintiffs Disney Enterprises, Inc., Sanrio, Inc. DC Comics, Hanna-Barbera Productions, Inc., and Warner Bros. Entertainment Inc. on the one hand (collectively "Plaintiffs") and Bouncin Bins, Inc. and Tom Mahaney (collectively "Defendants") on the other hand, and good cause appearing therefor, hereby:

ORDERS that this Consent Decree shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 et seq., 17 U.S.C. § 501, 15 U.S.C. § 1051 et seq., 15 U.S.C. § 1121, 28 U.S.C. §§ 1331 and 1338, and 28 U.S.C. § 1367. Service of process was properly made against Defendants, and each of them.

2) Disney is the owner of all rights in and to the copyright and trademark registrations listed in Exhibits "A" and "B" attached hereto and incorporated herein by this reference, and the copyrights and trademarks associated with the same.

3) Sanrio, Inc. is the owner of all rights in and to the copyright and trademark registrations listed in Exhibits "C" and "D" attached hereto and incorporated herein by this reference, and the copyrights and trademarks associated with the same.

4) DC Comics is the owner of all rights in and to the copyright and trademark registrations listed in Exhibits "E" and "F" attached hereto and incorporated herein by this reference, and the copyrights and trademarks associated with the same.

5) Hanna-Barbera Productions, Inc. is the owner of all rights in and to the copyright and trademark registrations listed in Exhibits "G" and "H" attached hereto and incorporated herein by this reference, and the copyrights and trademarks associated with the same.

6) DC Comics and Hanna-Barbera Productions, Inc. have granted and transferred to Warner Bros. Entertainment Inc. the right to supervise in the United States the merchandising and licensing of the copyrighted elements, trademarks, trade names and service marks incorporated in or associated with the DC Comics and Hanna-Barbera Characters. (The characters, images, trademarks and copyrights identified in Exhibits A, B, C, D, E, F, G, and H are collectively referred to herein as "Plaintiffs' Properties.")

7) Plaintiffs have expended considerable resources in the creation and commercial exploitation of Plaintiffs' Properties on merchandise such as clothing and other products, and in the enforcement of their respective intellectual property rights in Plaintiffs' Properties.

8) Plaintiffs have alleged that the Defendants, and each of them, has made unauthorized uses of Plaintiffs' Properties or substantially similar likenesses or colorable imitations thereof.

9) The Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the injunction are hereby restrained and enjoined from:

   a) Infringing Plaintiffs' copyrights and trademarks in Plaintiffs' Properties, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling, offering for sale, renting or offering to rent any unauthorized product which features any of Plaintiffs' Properties ("Unauthorized Products"), and, specifically:

   b) Importing, manufacturing, distributing, advertising, selling, offering for sale, renting or offering to rent the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiffs' Properties;

   c) Importing, manufacturing, distributing, advertising, selling, offering for sale, renting or offering to rent in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiffs' Properties;

   d) Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, the Defendants' customers and/or members of the public to believe, the actions of the Defendants, the products sold by Defendants, or the Defendants themselves are connected with Plaintiffs, are sponsored, approved or licensed by Plaintiffs, or are affiliated with Plaintiffs;

   e) Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, selling, offering for sale, renting or offering to rent or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiffs.

10) Each side shall bear its own fees and costs of suit.

11) This Consent Decree shall be deemed to have been served upon Defendants, and each of them, at the time of its execution by the Court.

12) The Court finds there is no just reason for delay in entering this Consent Decree and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Consent Decree against Defendants.

13) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Consent Decree.

Dated: September 12, 2007

_____
Hon. Jeffrey S. White
Judge, United States District Court for the
Northern District of California

Presented By:
J. Andrew Coombs, A Prof. Corp.

By: _____
    J. Andrew Coombs
Attorneys for Plaintiffs Disney Enterprises,
Inc., Sanrio, Inc., DC Comics, Hanna-Barbera
Productions, Inc., and Warner Bros. Entertainment Inc.

Tom Mahaney

By: _____
    Tom Mahaney
Defendant, *in pro se*

Mayol & Barringer

By: _____
    William Bart Barringer
Attorney for Defendant Bouncin Bins, Inc.